

**MEMO ENDORSED**

## PILLINGER MILLER TARALLO

**George L. Maniatis**
*Associate*
Email: gmaniatis@pmtlawfirm.com

*https://www.pmtlawfirm.com*

1140 Franklin Ave., Suite 214, Garden City, NY 11530
Ph: (516) 408-5388
Fax: (516) 408-5389

November 16, 2022

Hon. Nelson S. Roman
United States District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**In light of the discovery deadlines extension, the parties' joint request to adjourn the telephonic Status Conf. from Dec. 8, 2022 until Feb. 28, 2023 at 10:00 am is GRANTED. Counsel are directed to this Court's Order at ECF No. 26 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 54.**
**Dated: White Plains, NY**
**Nov. 28, 2022**   **SO ORDERED:**

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re:  **Admiral Insurance Company v. Builders Choice of New York, Inc. d/b/a Upstate Roofing and Siding and Polivio Valdivieso**
Case No. 7:21-cv-02460-NSR-AEK
Our File No.: N-ADM-00186.1

Dear Judge Roman:

This firm represents the Plaintiff, Admiral Insurance Company ("Admiral") in the captioned insurance declaratory judgment action and the we submit herein this letter to the Court jointly with counsel for Builders Choice of New York, Inc. d/b/a Upstate Roofing and Siding ("Builders Choice") and Third-Party Defendant, Evanston Insurance Company ("Evanston"). The underlying personal injury claimant, Polivio Valdivieso, has not appeared in the action.

Pursuant to the Court's minute entry order dated September 7, 2022, counsel for Builders Choice of New York advised the Court that they have confirmed with the New York State Department of Financial Services that Evanston Insurance Company was served on August 15, 2022. On October 25, 2022, Evanston filed its Answer to the Third-Party Complaint.

On November 1, 2022, the parties appeared by telephone before Magistrate Judge Andrew Krause for a status conference. Further to the Court's November 1, 2022 text Order, Magistrate Krause directed that the deadline for all fact discovery, including depositions, is extended to January 31, 2023. The next status conference is scheduled for January 6, 2023. Accordingly, the parties hereby request that the conference scheduled for December 8, 2022 before Your Honor be adjourned pending the completion of fact discovery.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2022

Elmsford, NY | Buffalo, NY |Garden City, NY | New York, NY | Syracuse, NY | Roseland, NJ | Philadelphia, PA | Norwalk, CT | Walnut Creek, CA

Case 7:21-cv-2460-NSR   Document 54   Filed in NYSD on 11/16/2022   Page 2 of 2

**PMT** PILLINGER
MILLER
TARALLO

HON. NELSON S. ROMAN
NOVEMBER 16, 2022
PAGE 2 OF 3

      Thank you very much for the Court's attention.

Respectfully submitted,

PILLINGER MILLER TARALLO, LLP

By _____
      GEORGE L. MANIATIS

cc:    Sean McAloon, Esq.

       Matthew C. Ferlazzo, Esq.