# EXHIBIT S

Page 1
May 5, 2022

UNITED STATES DISTRICT COURT OF THE

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- x

ADMIRAL INSURANCE COMPANY,

                        Plaintiff,

                                    DOCKET No.

                                    7:21-cv-02460-NSR

        -against-


BUILDERS CHOICE OF NEW YORK,

INC., D/B/A UPSTATE ROOFING

AND SIDING AND POLIVIO

VALDIVIESO,


                    Defendants.


---------------------------------------------- x

        EXAMINATION BEFORE TRIAL of the Defendant,

BUILDERS CHOICE OF NEW YORK, INC., by WOLF

WERCBERGER, taken by the Plaintiff, pursuant to

Order, held on VC LEXITAS-LegalView,

LEXITAS-LEGALVIEW VC One-Click Link Entry Provided

REMOTE VIDEOCONFERENCE VC, on May 5, 2022, at 11:07

a.m., before a Notary Public of the State of New

York.

*******************************************

```
 1
 2    A P P E A R A N C E S: (VIA VIDEOCONFERENCE)
 3          PILLINGER MILLER TARALLO, LLP
                  Attorneys for Plaintiff
 4          ADMIRAL INSURANCE COMPANY
            555 Taxter Road, 5th Floor
 5          Elmsford, New York  10523
 6    BY:   GEORGE MANIATIS, ESQ.
 7
            LERNER, ARNOLD & WINSTON, LLP
 8                Attorneys for Defendant
            BUILDERS CHOICE OF NEW YORK,
 9          INC., D/B/A UPSTATE ROOFING
            AND SIDING AND POLIVIO
10          VALDIVIESO
            475 Park Avenue South, 28th Floor
11          New York, New York  10016
12    BY:   SEAN MCALOON, ESQ.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              S T I P U L A T I O N S

 2         IT IS HEREBY STIPULATED AND AGREED by and

 3    between the attorneys for the respective parties

 4    herein, that filing, sealing and certification, and

 5    the same are, hereby waived.

 6              IT IS FURTHER STIPULATED AND AGREED that all

 7    objections except as to the form of the question,

 8    shall be reserved to the time of the trial.

 9              IT IS FURTHER STIPULATED AND AGREED that the

10    within deposition may be signed and sworn to by an

11    officer authorized to administer an oath, with the

12    same force and effect as if signed and sworn to

13    before the Court.

14                        xxxxx

15

16

17

18

19

20

21

22

23

24

25
```

```
 1          IT IS HEREBY STIPULATED AND AGREED by and
 2     between counsel for all parties present that
 3     pursuant to CPLR section 3113(d) this deposition is
       to be conducted by video conference, that the court
 4     reporter, all counsel, and the witness are all in
       separate remote locations and participating via
 5     videoconference (LegalView/Zoom) meeting under the
       control of Lexitas Court Reporting Service, that the
 6     officer administering the oath to the
       witness need not be in the place of the deposition
 7     and the witness shall be sworn in remotely by the
       court reporter after confirming the witness's
 8     identity, that this videoconference will not be
       recorded in any manner and that any recording
 9     without the express written consent of all parties
       shall be considered unauthorized, in violation of
10     law, and shall not be used for any purpose in this
       litigation or otherwise.
11
           IT IS FURTHER STIPULATED that exhibits may be
12     marked by the attorney presenting the exhibit to the
       witness, and that a copy of any exhibit presented to
13     a witness shall be Emailed to or otherwise in
       possession of all counsel prior to any questioning
14     of a witness regarding the exhibit in question.  All
       parties shall bear their own costs in the conduct of
15     this deposition by video conference, not
       withstanding the obligation by CPLR to supply a copy
16     of the transcript to the deposed party by the taking
       party in civil litigation matters.
17
18
19
20
21
22
23
24
25
```

1               Wolf Wercberger
2  W O L F  W E R C B E R G E R, Having first affirmed
3  before a Notary Public of the State of New York, was
4  examined and testified as follows.
5  EXAMINATION BY
6  MR. MANIATIS:
7  Q       What is your name?
8  **A       Wolf Wercberger.**
9  Q       What is your address?
10 **A       149 Elm Street, Unit 101, Monroe, New**
11 **York, 10950.**
12 Q.      Good morning.  My name is George
13 Maniatis from Pillinger Miller Tarallo and I
14 represent Admiral Insurance Company in this
15 declaratory judgment action.  I'm going to
16 ask you some questions today regarding this
17 lawsuit.
18         Just a few ground rules, you have to
19 give a verbal response to my questions
20 because the court reporter can't take down
21 the nod of the head or a shrug.
22         I would just ask you to wait until I
23 complete the question before you answer it
24 because if we talk over each other the record
25 will be kind of confused and the court

1              Wolf Wercberger

2    reporter will have difficulty taking down

3    both our responses at the same time.

4         Unless you ask me to repeat or

5    rephrase a question, I'll assume that you

6    understand the question.

7         If you need a break for any reason

8    just let me know, I'll just ask that we wait

9    until the question is finished and there's no

10   question pending before you take the break.

11        Since we're on a video deposition I

12   can't really see you, I just request that you

13   don't text or talk to anyone regarding the

14   substance of this deposition including your

15   counsel.  If you need to speak to your

16   counsel, we'll ask for a break and you can

17   speak to counsel on the break.

18        Do you understand those instructions

19   that I gave?

20   **A.     Yes.**

21   Q.    What is your business address,

22   Mr. Wercberger?

23   **A.     149 Elm Street, Unit 101, Monroe, New**

24   **York, 10950.**

25   Q.    Have you ever been deposed before,

Wolf Wercberger

1              Wolf Wercberger
2    have you ever given a deposition like this
3    before?
4    A.     Yes.
5    Q.     On how many occasions?
6    A.     If I remember correctly, two.
7    Q.     Was one of those depositions that you
8    gave in the underlying Valdivieso action?
9    A.     Yes.
10             MR. MANIATIS:  Sean, I'm just
11         going to request a copy of that
12         transcript when becomes available.
13   (REQUEST NOTED)
14             MR. MCALOON:  Sure thing, I've
15         been trying to obtain a copy myself,
16         I'll send it to you as soon as I have
17         it.
18             MR. MANIATIS:  Thank you very
19         much.
20   Q.     What did you do to prepare for today's
21   deposition?
22   A.     Drank a coffee.
23   Q.     Did you review any documents in
24   preparation for your testimony today?
25   A.     No.

**Wolf Wercberger**

1

2   Q.    Did you confer with counsel? And

3 again, don't disclose any discussions that

4 you had with counsel.

5   **A.    Yes.**

6   Q.    In addition to counsel, did you

7 discuss the substance of today's deposition

8 with anyone else?

9   **A.    No.**

10   Q.    Who is your current employer?

11   **A.    Builders Choice of New York D/B/A**

12 **Upstate Roofing and Siding.**

13   Q.    We'll get into that in a second.

14        What is your current position with

15 Builders Choice?

16   **A.    Manager.**

17   Q.    How long have you held the position of

18 manager at Builders Choice?

19   **A.    Nineteen years.**

20   Q.    Have you been a manager that entire

21 time?

22   **A.    Yes.**

23   Q.    Has there been any other change in

24 either your position or your duties and

25 responsibilities during that 19 years?

1            Wolf Wercberger

2   **A.      Yes.**

3   Q.      Can you describe what those changes

4   were?

5   **A.      There's more work, there's more**

6   **liabilities.**

7   Q.      What type of organization is Builders

8   Choice of New York?

9   **A.      Roofing and siding company.**

10  Q.      Is it incorporated in New York, a

11  limited liability company or something else?

12  **A.      Incorporated in New York.**

13  Q.      How many shareholders are there

14  currently in Builders Choice?

15  **A.      None.**

16  Q.      Do you have any financial ownership in

17  Builders Choice?

18  **A.      No.**

19  Q.      Who is the financial owner of Builders

20  Choice, if anyone?

21  **A.      Berish Schonbrun.**

22  Q.      That would be the name that we see

23  under --

24  **A.      He's the president of the company.**

25  Q.      When was Builders Choice formed?

```
 1                  Wolf Wercberger
 2    A.      Don't know.
 3    Q.      Was it formed prior to the 19-years
 4    you've been working there?
 5    A.      Yes.
 6    Q.      How many employees are there of
 7    Builders Choice currently?
 8    A.      Employees, 12 employees.
 9    Q.      Has that number changed since February
10    of 2020?
11    A.      On and off.
12    Q.      Who are the officers of Builders
13    Choice currently?
14    A.      By saying officers I don't understand
15    the question.
16    Q.      Okay, I'm just looking -- did you say
17    you don't know who the shareholders were or
18    that there aren't any shareholders?
19    A.      I said there aren't shareholders,
20    there's only a president, Berish Schonbrun.
21    Q.      Who do you report to currently?
22    A.      Myself.
23    Q.      You don't record to Mr. Schonbrun?
24    A.      No.
25    Q.      Can you just describe generally what
```

```
 1                   Wolf Wercberger
 2    type of employees the 12 employs are, are
 3    they workers?
 4    A.      Mostly office workers.
 5    Q.      You mentioned Upstate Roofing and
 6    Siding, is that a separately incorporated
 7    business --
 8    A.      No.
 9    Q.      -- from Builders Choice?
10    A.      No.
11    Q.      Do you have an understanding as to why
12    Upstate Roofing and Siding was formed?
13    A.      No.
14    Q.      Do you know why Builders Choice is
15    doing business as Upstate Roofing and Siding?
16    A.      It's the opposite.  Builders Choice is
17    the company and we do business as Upstate
18    Roofing and Siding.
19    Q.      How long have you been doing business
20    as Upstate?
21    A.      Since I worked for the company.
22    Q.      Does Upstate have any separate
23    employees or ownership as far as you know?
24    A.      No.
25    Q.      In February 2020, what were your
```

1                Wolf Wercberger
2    duties and responsibilities as manager at
3    Builders Choice?
4    **A.      Same as today.**
5    Q.      What are those duties and
6    responsibilities?
7    **A.      Getting a job, getting a subcontractor**
8    **to do the job.**
9    Q.      How many construction projects were
10   Builders Choice involved with in February of
11   2020?
12   **A.      Don't know.**
13   Q.      Do you know how many different
14   subcontractors Builders Choice used in
15   February 2020?
16   **A.      Don't know.**
17   Q.      Are you familiar with an entity known
18   as Exterior Pro Builders?
19   **A.      Yes.**
20   Q.      What is the business of Exterior Pro?
21   **A.      They did for us roofing as a**
22   **subcontractor.**
23   Q.      On how many projects, construction
24   projects has Builders Choice used Exterior
25   Pro?

```
 1              Wolf Wercberger
 2   A.     Don't know.
 3   Q.     Was it more than just the 10 Quickway
 4   Road project?
 5   A.     Yes.
 6   Q.     Do you recall when Builders Choice
 7   first hired Exterior Pro to use as a
 8   subcontractor?
 9   A.     Don't know.
10   Q.     Had Builders Choice used Exterior Pro
11   as a subcontractor prior to the 10 Quickway
12   Road project?
13   A.     Yes.
14   Q.     What is the business of Builders
15   Choice of New York?
16   A.     You had asked this question before.
17   Q.     Did I?
18   A.     Yes.
19   Q.     Okay, I apologize.
20          Can you please briefly describe your
21   educational background?
22   A.     Excuse me?
23   Q.     Can you briefly summarize your
24   educational background?
25   A.     Which college I was?
```

```
 1                  Wolf Wercberger
 2    Q.    Yes.
 3    A.    UTA.
 4    Q.    What does that stand for?
 5    A.    It's a seminar, it's a college.
 6    United Talmudical Academy.
 7    Q.    Did you obtain any degree from that
 8    institution?
 9              MR. MCALOON:  Wolf, did you
10         hear the question?
11              THE WITNESS:  He wants to know
12         which kind of degree I got.
13              MR. MCALOON:  Yes.
14    A.    Bachelor degree.
15    Q.    In what subject?
16         Let me phrase it this way, did you
17    have any -- did you obtain any degree in
18    either architecture or construction
19    management or anything of that nature?
20    A.    Construction management.
21              MR. MCALOON:  Wolf, did you
22         answer, I don't think we heard you.
23              THE WITNESS:  I said
24         construction management.
25    Q.    What year did you get your bachelor's
```

1                    Wolf Wercberger

2    degree?

3    **A.     Don't know.**

4    Q.     Prior to working for Builders Choice,

5    did you have any other employment?

6    **A.     No.**

7    Q.     After you obtained your degree, did

8    you have any training in either construction

9    management, building or anything of that

10   nature?

11   **A.     OSHA safety.**

12   Q.     In addition to the OSHA safety, do you

13   have any professional licenses or

14   certifications?

15   **A.     I don't understand the question.**

16   Q.     Sure.

17          Do you have any licenses with the

18   State of New York either like an engineering

19   or --

20   **A.     No.**

21   Q.     -- architecture, anything of that

22   nature?

23   **A.     No.**

24   Q.     Can you see that?

25                    (Whereupon, a document

```
 1                   Wolf Wercberger
 2           is shared with all parties via
 3           videoconference.)
 4     Q.     What has been previously marked as
 5     Exhibit C is a subcontract agreement rider,
 6     have you ever seen a copy of this document
 7     before?
 8     A.     Yes, this is what I did with the
 9     contractor of the job site.
10     Q.     On page two that we're looking at, is
11     that your signature?
12     A.     Yes.
13     Q.     Can you just briefly describe what
14     this document is?
15     A.     A document that the contractor who
16     contract to us to do the roofing and siding
17     made me sign.
18     Q.     Who is Noam Yheuda Management?
19     A.     Zalman Weiss.
20     Q.     That's his signature on the bottom of
21     the contract?
22     A.     Yes.
23     Q.     What is the business of Noam Yheuda
24     Management?
25     A.     I don't understand the question.
```

1                    **Wolf Wercberger**

2    Q.      Sure.

3            Are they an owner of real property,

4    are they --

5    **A.      I have no idea.**

6    Q.      -- general contractor or anything of

7    that nature?

8    **A.      I have no idea if he owns the property**

9    **or not, he's the one that called us for the**

10   **work at 10 Quickway.**

11   Q.      This agreement, let me ask you, had

12   you done any work with Noam prior to signing

13   this contract?

14   **A.      Yes.  Prior to signing the contract,**

15   **no.**

16   Q.      I'm looking, the contract is dated

17   January 5, 2019?

18   **A.      Yes.**

19   Q.      Is it fair to say that you had other

20   construction projects with Noam prior to the

21   10 Quickway Road project?

22   **A.      Yes.**

23   Q.      How many projects did you have with

24   them prior to the project at 10 Quickway

25   Road?

1                    Wolf Wercberger

2      **A.      I don't know.**

3      Q.      This agreement, is this agreement

4      applicable to a particular job site or this

5      is just a general agreement with him?

6      **A.      General agreement.**

7      Q.      You see on the top it says subcontract

8      agreement rider, is there another general

9      agreement that you have with Noam in effect?

10     **A.      I don't believe so since I supplied**

11     **that already everything what they asked,**

12     **maybe you have some other documents, but.**

13     Q.      Were you involved in the negotiation

14     with this subcontract rider?

15     **A.      The rider, no, it's a general paper.**

16     Q.      It's a standard subcontract agreement

17     rider that Noam had asked to you sign?

18     **A.      Yes.**

19     Q.      And there was no change to the

20     original subcontract agreement rider form

21     that you had asked to be made in connection

22     with this?

23     **A.      No.**

24     Q.      Were you working on other projects

25     with Noam at the time you were working at the

1                    Wolf Wercberger

2    10 Quickway Road project?

3    **A.      I don't know.**

4    Q.      Do you know if any subsequent

5    subcontract rider agreements were entered

6    into with Noam?

7    **A.      Again.**

8    Q.      Sure.

9          Do you know if there were any

10   additional or subsequent contract rider

11   agreements that you entered into with Noam

12   after January 5, 2019?

13   **A.      Don't know.**

14   Q.      Section 2 of the -- excuse me, Section

15   1 of the agreement contains an indemnity

16   provision, do you recall any discussions with

17   anyone at Noam regarding the indemnity

18   provision in Section 1?

19   **A.      Discussion like what?**

20   Q.      What it means, what you're obligated

21   to do, anything of that nature.

22   **A.      Our obligation is to follow safety**

23   **rules with OSHA.**

24   Q.      But I'm referring now specifically to

25   Section 1 indemnity, do you have an

1                    Wolf Wercberger

2    understanding as to what that section means

3    to you?

4                    MR. MCALOON:  Note my

5            objection.  The document speaks for

6            itself, you can answer, Wolf.

7                    THE WITNESS:  Excuse me?

8                    MR. MCALOON:  You can answer

9            over my objection.

10                    THE WITNESS:  Can you please

11            repeat?  Sean?  What did you say Sean?

12                    MR. MCALOON:  I made an

13            objection, but I'm allowing you to

14            answer.  George I think you should

15            repeat the question.

16                    MR. MANIATIS:  Sure.

17    Q.      Do you have an understanding as to

18    what Section 1, the indemnity agreement,

19    indemnity section to the subcontract rider

20    agreement is?

21    **A.      No.**

22    Q.      Referring to Section 2, insurance, did

23    you have any discussions with anyone at Noam

24    regarding this section?

25    **A.      I had to supply them with certificates**

1                    **Wolf Wercberger**

2     **of insurance.**

3     Q.      Under this provision, who were you

4     required to name as additional insureds?

5     **A.      Noam Yheuda.**

6     Q.      It says owner, do you know what the

7     owner referred to there is?

8     **A.       No.**

9     Q.      Turning to Section 2.2, it says the

10    subcontractor, that's Builders Choice,

11    correct?

12    **A.       Noam Yheuda is Builders Choice**

13    **subcontractor, yes.**

14    Q.      The coverage provided under the

15    commercial general liability policy shall be

16    written on an occurrence basis with coverages

17    brought as the Insurance Services Inc. form

18    and that no policy provision shall restrict,

19    reduce, limit or otherwise impair contractual

20    liability coverage or the contractors, owners

21    or others as required and is listed below

22    status as additional insurance.

23            Do you have an understanding as to

24    what that section refers to?

25                    MR. MCALOON:  Note my

```
 1              Wolf Wercberger
 2         objection, the document speaks for
 3         itself.  You can answer, Wolf.
 4    A.    The only item I know that I have to
 5    give a certificate of insurance with name,
 6    the contractor as additional insured.  This
 7    is the standard requirement which every
 8    single customer is asking, but what the words
 9    mean, I have no clue.
10    Q.    Referring to item 2.7, do you recall
11    any discussions with Noam regarding Section
12    2.7?
13    A.    It says the subcontractor has to give
14    me insurance.
15    Q.    It's the affirmative duty of the
16    subcontractor, that's you, to insure that any
17    sub subcontractor complies with the insurance
18    and indemnification requirements of this
19    contract agreement.
20         What steps would you take to insure
21    that any sub subcontractor that you hired
22    would comply with the insurance requirements
23    in this agreement.
24    A.    I ask them the same, I ask from them a
25    liability insurance certificate naming my
```

1                    **Wolf Wercberger**

2  **company name as additional insured.**

3  Q.      Did you ever provide a copy of this

4  subcontract agreement rider to Exterior Pro?

5  **A.      This one not, but I have my own.**

6  Q.      In addition to the subcontract

7  agreement rider, are there any other

8  agreements or contracts entered into between

9  Noam and Builders Choice regarding the 10

10 Quickway project?

11 **A.      Not that I recall.**

12 Q.      I'm going to show what you we

13 previously marked as Exhibit D, a standard

14 form agreement between Builders Choice of New

15 York and subcontractor.

16                    (Whereupon, Exhibit D is shared

17          with all parties via videoconference.)

18 Q.      Have you seen a copy of that agreement

19 prior to today?

20 **A.      Yes.**

21 Q.      Whose signature is on the bottom of

22 the page under Builders Choice?

23 **A.      Berish Schonbrun.**

24 Q.      Can you describe what this document

25 is?

1              Wolf Wercberger

2    **A.      An agreement we signed with every**

3    **subcontractor.**

4    Q.     Is this agreement particular to the 10

5    Quickway project or is it just a general

6    agreement for all projects?

7    **A.      General agreement to all projects.**

8    Q.     And the agreement was dated January 1,

9    2020, do you know if there were any

10   agreements that preceded January 1, 2020

11   between Builders Choice and Exterior Pro

12   Builders?

13   **A.      If they did work for us, there is an**

14   **agreement prior, but I have to recheck.**

15   Q.     Did they execute this standard form of

16   agreement for every separate project that

17   they did work for you on, when I say they, I

18   mean Exterior Pro?

19   **A.      No.**

20   Q.     So if, for example, they were working

21   on two or three projects as of January 1,

22   2020, this agreement would cover all of those

23   projects?

24   **A.      Yes.**

25   Q.     Who signed the agreement on behalf of

```
 1                   Wolf Wercberger
 2   Exterior Pro?
 3   A.      I believe Manny.
 4   Q.      Can you repeat that?
 5   A.      I believe the gentleman that has to
 6   sign for Exterior Pro, who the name is I have
 7   no idea.   I dealt with one gentleman, Manny.
 8   Q.      Can you spell that?
 9   A.      Manny.
10   Q.      Manny?
11   A.      Yeah.
12   Q.      That's his first name?
13   A.      Yes.
14   Q.      Did you have any involvement in the
15   drafting of this agreement on behalf of
16   Builders Choice?
17   A.      I don't recall.
18   Q.      Do you recall any discussions that you
19   may have had with anyone at Exterior Pro
20   regarding this agreement?
21   A.      I told them they have to sign it.
22   Q.      And you told this to Manny?
23   A.      Yes.
24   Q.      Did you present this agreement to
25   Exterior Pro for their signature?
```

```
 1                    Wolf Wercberger
 2   A.      Yes.
 3   Q.      Had they requested any changes in the
 4   wording of the agreement prior to signing it?
 5   A.      No.
 6   Q.      Prior to the signing of this
 7   agreement, did Builders Choice hire Exterior
 8   Pro as a subcontractor for other projects?
 9   A.      No.  Sorry, one second.  Ask the
10   question again, please.
11   Q.      Sure.
12           Prior to the signing of this agreement
13   on January 1, 2020, had Builders Choice hired
14   Exterior Pro as a subcontractor on other
15   projects?
16   A.      So again, before I start a job with
17   any subcontractor, they have to sign this
18   agreement.  If subcontractor that doesn't
19   want to sign this agreement is no working for
20   us.
21   Q.      Does this document refresh your
22   recollection as to when Exterior Pro was
23   first hired as a subcontractor by Builders
24   Choice?
25   A.      No.
```

1                    **Wolf Wercberger**

2    Q.    But the 10 Quickway Road project was

3    not the first project that Exterior Pro acted

4    as your subcontractor; is that correct?

5    **A.    Correct.**

6    Q.    You said this standard form agreement

7    was used by Builders Choice in connection

8    with every subcontractor they hired?

9    **A.    Yes.**

10   Q.    In January 2020, how many different

11   subcontractors was Builders Choice using?

12   **A.    I have no idea.**

13   Q.    Did this standard form agreement

14   between Builders Choice Exterior Pro cover

15   the work that was being performed at 10

16   Quickway Road?

17   **A.    Yes.**

18   Q.    Did Builders Choice retain any other

19   subcontractors for the 10 Quickway Road

20   project?

21   **A.    Yes.**

22   Q.    How many subcontractors did they

23   retain?

24   **A.    No idea.**

25   Q.    What type of subcontractors did they

1                    Wolf Wercberger

2     retain, what type of work did these

3     subcontractors do?

4     **A.        Roofing and siding.**

5     Q.        That was in connection with the 10

6     Quickway Road project?

7     **A.        Please explain your question.**

8     Q.        Sure.

9            Is it correct that Builders Choice had

10    hired other subcontractors for roofing and

11    siding work in connection with the 10

12    Quickway Road project?

13    **A.        So you asked this question a minute**

14    **ago and I said yes.**

15    Q.        Okay.

16            Article 1 contains an indemnification

17    provision, did you have any discussions with

18    anyone at Exterior Pro regarding the meaning

19    or interpretation of this indemnification

20    provision?

21    **A.        No.  I gave them the document, they**

22    **signed it.**

23    Q.        Do you know who drafted this

24    indemnification provision?

25    **A.        This is our standard agreement we do**

1                **Wolf Wercberger**

2     **with each subcontractor.**

3     Q.     In Article 2.0 insurance requirements,

4     do you recall any discussions that you may

5     have had with Exterior Pro regarding the

6     insurance requirements?

7     **A.     I asked them for certificates.**

8     Q.     In addition to the standard form

9     agreement between Builders Choice of New York

10    Exterior Pro, are there any other written

11    contracts or agreement involving or covering

12    the work that Exterior Pro was to perform at

13    10 Quickway Road?

14    **A.     No.**

15    Q.     Did Exterior Pro issue invoices to

16    Builders Choice in connection with the work

17    that they performed at 10 Quickway Road?

18    **A.     Don't know.**

19    Q.     How is Exterior Pro paid for their

20    time in connection with the 10 Quickway Road

21    project?

22    **A.     By check.**

23    Q.     By check, but how did Builders Choice

24    know how much to pay them?

25    **A.     Can you please ask your question**

1               **Wolf Wercberger**

2   **again?**

3   Q.      Sure.

4          My initial question was whether or not

5   Exterior Pro submitted invoices to Builders

6   Choice and you said you didn't know; is that

7   correct?

8   **A.      Correct.  Usually how we work is we**

9   **work by job, meaning that on squares that's**

10  **getting installed, we pay per square that's**

11  **getting installed.  Sometimes we have guys**

12  **working for us, for example, Exterior Pro**

13  **brought to us guys so-and-so guys for such**

14  **and such amount of money.  So, for example,**

15  **if he brings let's say five guys, I would pay**

16  **him for the day, for example, I'm just a**

17  **guess, five times $375.**

18  Q.      When Exterior Pro was first hired for

19  the 10 Quickway project, was there an agreed

20  contract price how much they would be paid

21  for their work?

22  **A.      No.**

23  Q.      It was based on time and materials?

24  **A.      Not materials since materials we are**

25  **supplying to our vendors.**

1                    **Wolf Wercberger**

2    Q.    So it's based upon the time that they

3    spent there and number of employees?

4    **A.    Depends which day they did jobs.**

5    Q.    How often would they be paid?

6    **A.    Usually I'm trying to pay every one**

7    **every second Friday for all subcontractors**

8    **I'm using, but sometimes when a subcontractor**

9    **let's say is asking me he needs quicker**

10   **money, I would go out of my way to pay them**

11   **quicker.**

12   Q.    Aide from the checks that you had, you

13   would have issued to Exterior Pro, were there

14   any other documents which would evidence the

15   work or the amount paid to Exterior Pro for

16   the work they performed on 10 Quickway Road?

17   **A.    Ask it again please, your question,**

18   **because I don't understand.**

19   Q.    Sure.

20         You said you paid them by check,

21   correct?

22   **A.    Yes.**

23   Q.    In addition to the checks, are there

24   any other documents that you maintain which

25   would show the amount of money that Builders

```
 1              Wolf Wercberger
 2   Choice paid to Exterior Pro for the work that
 3   Exterior Pro performed on the 10 Quickway
 4   Road project?
 5   A.      So you're questioning me if I know how
 6   much money I paid for Exterior Pro for the
 7   project at 10 Quickway?
 8   Q.      Well, I'm trying to find out if there
 9   are any documentation, if there's any
10   documentation that you would have which would
11   show that?
12   A.      No.
13   Q.      Builders Choice would submit invoices
14   to Noam, correct?
15   A.      Yes.
16   Q.      Would those invoices cover the amounts
17   that Builders Choice paid to Exterior Pro?
18   A.      So again, Noam is not involved with
19   subcontractors and what I am paying for my
20   crews, Noam is hiring Builders Choice,
21   Builders Choice hires subcontractors so he's
22   not involved at all with my subcontractors.
23   Q.      Do you know if Noam hired any other
24   contractor aside Builders Choice for the 10
25   Quickway Road project?
```

1                    Wolf Wercberger
2    A.      I believe so.  He did a building or
3    what the building we did roofing, he didn't
4    do it by himself.  It didn't grow on a tree.
5    Q.      Was the work performed by Builders
6    Choice in connection with this project
7    limited to roofing and siding work?
8    A.      Again.
9    Q.      Was the work that Builders Choice
10   performed in connection with the 10 Quickway
11   Road project limited to roofing and siding
12   work?
13   A.      Yes.
14   Q.      Did Builders Choice have any employees
15   on the job in January or February 2020 at 10
16   Quickway Road?
17   A.      January?
18   Q.      In 2020 when you were working on the
19   10 Quickway Road project, did Builders Choice
20   have any workers on-site, supervisors,
21   anything of that nature?
22   A.      Not what I recall at this moment.
23           Just a quick second.
24                   (Whereupon, a short recess was
25           taken.)

```
                       Wolf Wercberger
 1
 2   A.      Okay, thank you.
 3   Q.      Can you see Exhibit J?
 4                   (Whereupon, Exhibit J is shared
 5           with all parties via videoconference.)
 6   Q.      Did you have any involvement with
 7   insurance issues on behalf of Builders Choice
 8   in January of 2020?
 9   A.      What issue?
10   Q.      Well, were you responsible for
11   purchasing general liability insurance on
12   behalf of Builders Choice?
13   A.      Yes.
14   Q.      What was the nature of your
15   involvement?
16   A.      I called up my agent and asked him for
17   insurance.
18   Q.      Who was your agent at that time?
19   A.      M&D Brokerage.
20   Q.      M&B?
21   A.      M&D Brokerage.
22   Q.      Is there a name of an agent that you
23   dealt with over there at that time?
24   A.      The secretaries.
25   Q.      Do you see what we marked as Exhibit J
```

```
 1                    Wolf Wercberger
 2    is a binder confirmation from Admiral
 3    Insurance Company, do you see it says to R-T
 4    Specialty, did you ever have any direct
 5    communications or discussions with R&T
 6    Specialty?
 7    A.      No.
 8    Q.      Do you know who R&T Specialty is?
 9    A.      No.
10    Q.      Do you maintain any insurance files in
11    your office?
12    A.      Files like?
13    Q.      Well, do you keep copies of policies,
14    copies of binders?
15    A.      I attach it to my checks when I'm
16    accepting.
17    Q.      When you say checks, check to who?
18    A.      To the insurance company.  I paid for
19    Admiral probably $130,000 a year so I attach
20    it to the checks.
21    Q.      So do you maintain now in your office
22    copies of any policies or other
23    correspondence with Admiral Insurance
24    Company?
25    A.      I can check, I have no idea.
```

1                    **Wolf Wercberger**
2    Q.      Prior to January 15, 2020, who was
3    Builders Choice commercial liability insurer?
4    **A.      I don't know.**
5    Q.      It was someone other than Admiral,
6    correct?
7    **A.      I'm not sure.**
8    Q.      Prior to January 15, 2020, did you
9    have any discussions with your broker
10   regarding the terms and conditions of the
11   policy that you were purchasing?
12   **A.      If I go through every detail, no.**
13   Q.      Do you recall if you received a copy
14   of this binder confirmation on or around
15   January 15th, 2020?
16   **A.      Don't know.**
17   Q.      Do you recall if in the past if you
18   received any similar documents entitled
19   binder confirmations?
20   **A.      Don't know.  To be honest, the only**
21   **thing I know with insurance is that I have to**
22   **pay the bill and if I don't pay, it gets**
23   **lapsed.  This is what I know about insurance.**
24   Q.      I see there's a name K. Johnson senior
25   underwriter at Admiral insurance, did you

```
 1              Wolf Wercberger
 2    ever have any telephone calls or written
 3    communications with K. Johnson or anyone else
 4    at Admiral regarding the purchase of the
 5    policy that incepted on January 15, 2020?
 6    A.      No.
 7    Q.      Did you ever have any discussions with
 8    your broker regarding terms, conditions and
 9    exclusions that are contained in your policy?
10    A.      No.
11    Q.      Do you recall any discussions with
12    your broker regarding the need to reduce the
13    premiums for your general liability policy?
14    A.      By saying reduce the premiums, what do
15    you mean?
16    Q.      Well, to pay less a premium than you
17    had in previous policy years.
18    A.      I wish, it only goes up.
19    Q.      Say that again, please.
20    A.      I wish it should be cheaper, it only
21    goes up the price.  Do you have anything that
22    gets cheaper those days?
23    Q.      Do you have any specific recollection
24    as to why you would have changed your
25    liability insurer in 2020?
```

1              Wolf Wercberger

2    **A.      I don't know for sure, but one of**

3    **those years my previous company ended**

4    **liability coverage for roofing contractors,**

5    **but I'm not sure that it was this year, could**

6    **be it's the year before that.  I know one of**

7    **the past years my insurance company sent me a**

8    **letter that they are not insuring anymore**

9    **roofing contractors.**

10   Q.      Do you recall which insurer that was?

11   **A.      No.  Maybe Colonial, but I'm not sure.**

12   Q.      Do you know who made the decision to

13   purchase insurance for the 2020 policy year

14   from Admiral Insurance Company?

15   **A.      The broker.**

16   Q.      That would be M&D?

17   **A.      Yes.**

18   Q.      Again, do you recall any discussions

19   with your broker regarding any exclusions or

20   conditions that were contained in the 2020

21   Admiral policy?

22   **A.      Not what I recall at the moment.**

23   Q.      If you look here a second from the

24   bottom there's an endorsement it's called no

25   coverage applies if contractor conditions not

1                    Wolf Wercberger
2    met; do you see that?
3    **A.      Yes.**
4    Q.      Do you know if that was, that
5    endorsement was in any of your prior
6    liability policies that you purchased?
7    **A.      No idea.  I never read all this, all**
8    **this -- I never read all this.  The only**
9    **thing I read in the policy is how much I have**
10   **to pay so when you scroll to the bottom, you**
11   **gotta check the price.**
12   Q.      How would you learn that coverage was
13   in effect with Admiral Insurance Company?
14   **A.      It draft the bank.**
15   Q.      Say that again, please.
16   **A.      It draft the bank account, they take**
17   **out money from my bank account.**
18   Q.      Did you get any emails or letters or
19   other correspondence from either your broker
20   or from Admiral confirming coverage?
21   **A.      I don't understand the question.**
22   Q.      Sure.
23           This document is dated January 15,
24   2020 and it's called binder confirmation, do
25   you have an understanding of what binder

1                    Wolf Wercberger
2    confirmation means.
3    **A.        Probably that I have insurance.**
4    Q.    How would you have been notified that
5    you have insurance with Admiral Insurance
6    Company on or around January 15, 2020?
7    **A.    As I said, they drafted my account, I**
8    **called the broker when I need a certificate**
9    **and they are not refusing to give me the**
10   **certificate, I know that I have insurance.**
11   Q.    So just to be clear now, you don't
12   recall receiving a copy of the binder
13   confirmation; is that correct?
14   **A.        Not what I recall, but if you read**
15   **correctly go on top of the page where was**
16   **this sent to, you see to, RT Specialty my**
17   **company name is Builders Choice of New York.**
18   Q.    Do you know if RT Specialty would have
19   sent a copy of the binder to M&D or to
20   Builders Choice directly?
21   **A.        I don't have access to M&D's computer.**
22   Q.    I understand that, but do you know
23   whether or not M&D would have sent you a copy
24   of --
25   **A.        Not that I recall.**

1                    **Wolf Wercberger**
2    Q.      If they had sent you a document like
3    this, is there a file that you would have
4    kept it in or electronically, an email folder
5    that you would have kept it in?
6    **A.      No, I just let it go.**
7    Q.      On the next exhibit I'm going to he
8    show you, Exhibit A is a copy of the Admiral
9    insurance policy.
10                    (Whereupon, Exhibit A is shared
11          with all parties via videoconference.)
12   Q.      Obviously it's lengthy and I'm not
13   going to show you the whole thing, but did
14   you ever receive a complete copy of the
15   Admiral insurance policy?
16   **A.      One second.  One second, I gotta call**
17   **to manage to cut off the ambulance --one**
18   **second, give me a second.  He's coming in,**
19   **give me a second.  Okay, so we can talk for**
20   **now. It's going to happen again, give me a**
21   **second.**
22                    MR. MCALOON:  Wolf, why don't
23          you answer his question and why don't
24          we can take a five-minute break?
25                    THE WITNESS:  Okay.

```
 1                    Wolf Wercberger
 2                MR. MCALOON:  Did you receive a
 3        copy of the Admiral policy, do you
 4        know?
 5                THE WITNESS:  Not sure.
 6                MR. MCALOON:  Do you want to
 7        take a break?
 8                THE WITNESS:  If you want to
 9        take a break, I have no problem to go
10        on.
11                MR. MCALOON:  Let's take a
12        five-minute break so you can sort out
13        what you're doing.
14                THE WITNESS:  Okay.
15                (Whereupon, a short recess was
16        taken.)
17   Q.    You said before you weren't sure if
18   you received a copy of the Admiral policy; is
19   that correct, a full copy?
20   A.    I don't recall.
21   Q.    If you had received a copy, where
22   would that be maintained?
23   A.    In office with a whole bunch of
24   papers.
25                MR. MANIATIS:  To the extent
```

```
 1              Wolf Wercberger
 2         that you have an insurance file with
 3         respect to the 2020 policy year I'm
 4         going to call for production of that.
 5   (REQUEST NOTED)
 6   Q.     Before we leave this, just going back
 7   to the subcontractor rider agreement, when
 8   you signed that agreement, were there any
 9   provisions or terms in that agreement that
10   you did not understand or were not clear to
11   you?
12   A.     The general agreement we sign it when
13   we get into a job.
14   Q.     My question to you is, were there any
15   terms or conditions or provisions in there
16   that you did not understand or were not clear
17   to you at the time you signed it?
18   A.     To be honest, nothing is clear to me,
19   it's just a standard form.  It has to be
20   signed in order to get on to the job, we sign
21   to go on to the job.
22   Q.     Did you ever express to anyone at Noam
23   that certain conditions or terms of the
24   subcontractor rider were not clear to you?
25   A.     No, we didn't even discuss it.
```

1                        **Wolf Wercberger**

2    Q.      Just looking at the first couple of

3    pages of the Admiral policy which we've

4    marked as Exhibit A, does that look familiar

5    to you?

6    **A.      No.  One thing which looks familiar to**

7    **me, go back, please.  This number that I made**

8    **my payments 184,000.**

9    Q.      How were you billed for the premium on

10   this policy?

11   **A.      I have to give them a down payment and**

12   **then they draft my account every month.**

13   Q.      So you pay them installments, when you

14   say "they," is payment made through the

15   broker or is it made directly to Admiral?

16   **A.      ISBS, a company probably they're a**

17   **financing company for Admiral or for someone,**

18   **I don't know.**

19   Q.      Prior to the issuance of this policy,

20   did you have any discussion or written

21   communication regarding any of the terms and

22   conditions in this policy?

23   **A.      No.**

24   Q.      Referring now to Bates page ADM000073

25   and it's the endorsement and title note

1              Wolf Wercberger

2   coverage applies if contractor conditions not

3   met, do you recall at any time prior to the

4   purchase of the Admiral policy reviewing this

5   endorsement?

6   **A.      This endorsement, no.**

7   Q.      When did you first become aware that

8   the Admiral policy contained a no coverage

9   applies if contractor conditions not met

10  endorsement?

11  **A.      Again.**

12  Q.      When did you first become aware that

13  this endorsement was in the Admiral policy?

14  **A.      When they sent me a letter that they**

15  **are suing me.**

16  Q.      Again, do you recall any specific

17  discussions at any time with anyone, either

18  your insurance broker or anyone at Admiral

19  regarding this endorsement?

20  **A.      Not -- don't recall.**

21  Q.      Do you recall if a copy of the Admiral

22  policy was ever provided to Noam?

23  **A.      My policy to Noam?**

24  Q.      Yes.

25  **A.      No.**

**Wolf Wercberger**

1

2  Q.    Did you have to provide Noam with a

3  certificate of insurance?

4  **A.    Yes.**

5  Q.    Are you familiar with the construction

6  project at 10 Quickway Road?

7  **A.    By saying familiar, what do you mean?**

8  Q.    Well, what was the nature of the

9  project at 10 Quickway Road --

10            MR. MANIATIS:  Let me withdraw

11        that.

12  Q.    What were the services that Builders

13  Choice of New York was to provide to Noam in

14  connection with the construction project at

15  10 Quickway Road?

16  **A.    Sorry, but I don't know if you**

17  **remember, but this is for the fifth time**

18  **you're asking me the same question.  We doing**

19  **roofing and siding.  Same goes to 10**

20  **Quickway, same goes to anywhere else.  So for**

21  **the fifth time, yes, we did roofing and**

22  **siding on 10 Quickway.**

23  Q.    Do you know who own the premises?

24  **A.    This I answered as well, no.**

25  Q.    Was this a residential or a commercial

1                    Wolf Wercberger
2    property or something else?
3    **A.        A condominium.**
4    Q.        Do you recall how Builders Choice was
5    first contacted by Noam to work on this
6    project?
7    **A.        No.**
8    Q.        Do you know if there was a bidding
9    process to get this job?
10   **A.        No.**
11   Q.        No, you don't know or no, there
12   wasn't?
13   **A.        I don't know.**
14   Q.        Who would have been the person at
15   Builders Choice that would have had the first
16   contact with Noam regarding this project?
17   **A.        Me.**
18   Q.        Did Builders Choice actually perform
19   any of the work at 10 Quickway Road?
20   **A.        If our employees alone?**
21   Q.        Yes.
22   **A.        No, we only use subcontractors.**
23   Q.        Were you provided any plans or
24   specifications by Noam in connection with
25   this project?

1             Wolf Wercberger

2  **A.       Probably.**

3  Q.       Can you specifically describe what

4  services Exterior Pro was to provide in

5  connection with this project?

6  **A.       Roofing and siding repairs.**

7  Q.       Repairs, was this a new construction

8  or was this a conversion?

9  **A.       New construction.**

10 Q.       You said that Builders Choice may have

11 had other roofing and siding subcontractors

12 on this site; is that correct?

13 **A.       Yes.**

14 Q.       What I'm trying to sort out is, what

15 was Exterior Pro's role in connection with

16 roofing and siding compared to the other

17 subcontractors involved?

18 **A.       So when a new building is being built,**

19 **not all the time everything is ready.  Like**

20 **for example, it's missing a window, it's**

21 **missing a door.  It's missing a deck so when**

22 **the building is done, we have to send back**

23 **guys to finish off the building so that day**

24 **Exterior Pro went and finished off the**

25 **building.  Clear enough?**

1              **Wolf Wercberger**

2    Q.      Very good.

3            How did you first contact Exterior Pro

4    in connection with this project, was there a

5    solicitation for bids or did you just phone

6    them up or something else?

7    **A.      He's a subcontractor that did work for**

8    **me on a daily basis so we told them we have**

9    **another job, he did good on the first one**

10   **we'll give him 10 Quickway.**

11   Q.      Was Exterior Pro provided any

12   documents in connection with the work that

13   they were to perform on this job?

14   **A.      No.**

15   Q.      How did they know what to do when they

16   got to the job site?

17   **A.      I spoke with them on the phone.**

18   Q.      Were you ever on the job site in

19   January and February 2020?

20   **A.      January I don't remember, February**

21   **that day for sure not.**

22   Q.      When you say "that day," you're

23   referring to the date of the accident of the

24   Valdivieso employee?

25   **A.      I don't call it an accident, the day**

| | |
|---|---|
| 1 | **Wolf Wercberger** |
| 2 | **that they caused me headache with papers.** |
| 3 | Q.      When did Exterior Pro commence their |
| 4 | work on this project, was it before or after |
| 5 | January 1, 2020, the date of that subcontract |
| 6 | agreement? |
| 7 | **A.      After.  Nobody can work by us without** |
| 8 | **this subcontract agreement, period.** |
| 9 | Q.      Do you know if they were on the job |
| 10 | before January 15, 2020 which would have been |
| 11 | the date that the Admiral policy went into |
| 12 | effect? |
| 13 | **A.      I don't -- not what I know of.** |
| 14 | Q.      When did the 10 Quickway Road project |
| 15 | start? |
| 16 | **A.      I don't recall.** |
| 17 | Q.      But it started back in 2019; is that |
| 18 | correct? |
| 19 | **A.      I'm not sure.** |
| 20 | Q.      Did it start prior to the date of that |
| 21 | subcontract agreement rider that we looked at |
| 22 | earlier which was January 5th, 2019? |
| 23 | **A.      For sure not.** |
| 24 | Q.      In addition to the subcontractors that |
| 25 | you hired, were there other trades on-site in |

```
 1                  Wolf Wercberger
 2   February 2020?
 3   A.      I have no idea, I wasn't there.
 4   Q.      Did Exterior Pro purchase general
 5   liability insurance naming Builders Choice as
 6   an additional insured?
 7   A.      Yes.  Nobody works for us without this
 8   insurance, supplying us insurance we're
 9   additional insured.
10   Q.      Could you please describe what this
11   document is?
12                  (Whereupon, a document is
13           shared with all parties via
14           videoconference.)
15   A.      Liability insurance naming us as
16   additional insured.
17   Q.      That's a certificate of liability
18   insurance --
19   A.      Yes.
20   Q.      -- to Exterior Pro Builders?
21   A.      No, from Exterior Pro to Builders
22   Choice of New York.
23   Q.      Do you see the date 5/23/2019 on the
24   upper right?
25   A.      Yes.
```

1                    **Wolf Wercberger**

2    Q.      Do you know if this certificate of

3    liability insurance was provided in

4    connection with other subcontract assignments

5    that you had given to Exterior Pro?

6    **A.      I don't understand the question.**

7    Q.      Sure.

8            This certificate of insurance just

9    wasn't for the 10 Quickway Road project,

10   correct?

11   **A.      Of course not.**

12   Q.      No, it was for projects that may have

13   taken place or started prior to the 10

14   Quickway Road project?

15   **A.      Of course.**

16   Q.      Do you recall having any discussions

17   with anyone at Exterior Pro Builders

18   regarding the addition of Builders Choice of

19   New York as an additional insured on their

20   policy?

21   **A.      Of course, I asked them to do that.**

22   Q.      It says, insurance that when required

23   by written contract and that would be the

24   standard subcontract agreement that you had

25   entered into with Exterior Pro that we looked

```
 1                    Wolf Wercberger
 2    at earlier?
 3    A.      Yes.
 4    Q.      Did you ever ask anyone at Exterior
 5    Pro whether or not there were any exclusions
 6    or limitations in their policy which would
 7    affect your rights or status as an additional
 8    insured?
 9    A.        No, the only item which what I know is
10    to ask insurance and to name us as additional
11    insured.
12    Q.      Were you ever told that the -- again,
13    this would be prior to --
14                    MR. MANIATIS:   Withdraw that.
15    Q.      On or around May 23rd, 2019, were you
16    ever told by either Exterior Pro or any of
17    the insurance brokers that the policy
18    contained an employee exclusion?
19    A.      Sorry, again.
20    Q.      Sure.
21                    Were you ever told by either Exterior
22    Pro or Kaplan Insurance Agency that the
23    Exterior Pro policy contained an employee
24    exclusion?
25    A.      No.
```

1                    **Wolf Wercberger**
2    Q.      Did you ever ask for a complete copy
3    of the Exterior Pro policy where you were
4    listed as additional insured?
5    **A.      Not what I recall.**
6    Q.      When you say not that you recall, if
7    you had requested a copy of the policy, would
8    that be maintained in Builders Choices file
9    somewhere?
10   **A.      No.**
11   Q.      Where would it be maintained if you
12   had requested that?
13   **A.      I just usually never asking for a**
14   **policy from a subcontractor.**
15   Q.      Have you ever asked for a policy from
16   a subcontractor?
17   **A.      Usually not, no.**
18   Q.      You say usually, were there instances
19   where you might have asked for any --
20   **A.      Not what I recall.**
21   Q.      -- a complete policy?
22   **A.      Not what I recall.**
23   Q.      If you look at the top of the
24   certificate --
25   **A.      Yes.**

1                    **Wolf Wercberger**

2    Q.    -- it says, this certificate is issued

3    as a matter of information only and confers

4    no rights upon the certificate holder, the

5    certificate does not affirmatively or

6    negatively amend, extend or alter the

7    coverage afforded by the policies below, the

8    certificate of insurance does not constitute

9    a contract between the issuing insurers,

10   authorized representative or producer and the

11   certificate holder.

12         Did you ever read that language prior

13   to -- at the time you received the

14   certificate?

15   **A.    No, the only items when I look at**

16   **policy is the name, Exterior Pro, has a**

17   **policy number, additional insured, my name,**

18   **one-million, two-million, case closed.**

19   Q.    Do you recall any discussions that you

20   may have had regarding that paragraph I just

21   read with either the broker or anyone at

22   Exterior Pro?

23   **A.    No, I didn't have no discussion about**

24   **it with anyone about this wording.**

25   Q.    When did the accident involving

```
 1                    Wolf Wercberger
 2   Polivio Valdivieso occur?
 3   A.      I don't even know wno the guy is.
 4   Q.      Do you know that the -- he's the
 5   plaintiff in the underlying lawsuit against
 6   you; is that correct?
 7   A.      No idea, could be.
 8   Q.      Do you know if he was an employee of
 9   Exterior Pro?
10   A.      No idea.  A trouble maker, for sure he
11   is.
12   Q.      When did you first become aware of the
13   accident?
14   A.      When I got the pack of papers.
15   Q.      When you say "the pack of papers," you
16   mean the lawsuit?
17   A.      Yeah.
18   Q.      When you received a copy of the
19   lawsuit, did you have any discussions with
20   anyone at Exterior Pro as to what happened?
21   A.      Yes, he start telling me stories, but
22   I don't know what.
23   Q.      What did he tell you about the
24   accident?
25   A.      A guy got hit, he's not -- it's not
```

1                    **Wolf Wercberger**
2    **too bad, he's going to get back better, he's**
3    **going to be here, he's going to come, all**
4    **kind of stories.**
5    Q.    This was -- you had this discussion
6    with Manny?
7    **A.    Yes.**
8    Q.    Did you have any discussions with
9    anyone else regarding the accident that took
10   place on the job site?
11   **A.    No.**
12   Q.    Was this project ever completed, the
13   10 Quickway Road?
14   **A.    What is that?**
15   Q.    Was the project ever completed?
16   **A.    Yes, sure.**
17   Q.    When was it completed?
18   **A.    Don't know.**
19   Q.    What we previously marked as Exhibit B
20   is a copy of the summons and complaint in the
21   underlying action Polivio Valdivieso versus
22   Noam Estates R LLC, Builders Choice of New
23   York Inc. and Upstate Roofing and Siding
24   Inc.?
25                    (Whereupon, Exhibit B is shared

```
1                    Wolf Wercberger
2            with all parties via videoconference.)
3    A.      Yes.
4    Q.      Is this a copy of the complaint that
5    you said you had received?
6    A.      It looks like, I don't remember what
7    it says over there, but it looks like.
8    Q.      Were you served personally with a copy
9    of this complaint or some other manager?
10   A.      I don't remember, I think it was in
11   the mail, but I'm not sure.
12   Q.      Do you recall when you were served
13   with a copy of this?
14   A.      No.
15   Q.      What did you do when you received a
16   copy of the complaint?
17   A.      Took it to my agent.
18   Q.      When you say took it to them, you
19   physically took it to them or you mailed it
20   to them or emailed it to them?
21   A.      I don't remember.
22   Q.      That would have been M&D?
23   A.      Yes.
24   Q.      Did you have any discussions with M&D
25   regarding the complaint or what they were
```

```
 1                    Wolf Wercberger
 2   going to do with the complaint?
 3   A.       No.  I believe they are sending it to
 4   the company.
 5   Q.       How soon after you received the
 6   complaint did you send it to your broker?
 7   A.       I mean right away.
 8   Q.       Were you copied on any correspondence
 9   between the broker and Admiral Insurance
10   Company which placed Admiral on notice of
11   this claim?
12   A.       No.
13   Q.       In addition to the lawsuit, did you
14   receive any documentation from the broker
15   regarding your claim against Admiral?
16   A.       Don't remember.
17   Q.       Do you recall if you had any
18   discussions with anyone at Noam regarding the
19   accident or lawsuit?
20   A.       If I spoke with Noam about the
21   lawsuit?
22   Q.       What discussions did you have with
23   him?
24   A.       I don't remember having any
25   discussion, I'm just trying to rephrase my
```

1                    **Wolf Wercberger**

2    **memory.  No, I don't remember that.**

3    Q.    Do you recall if you sent a copy of

4    the complaint to Exterior Pro for them to

5    defend and indemnify you in connection with

6    this accident?

7    **A.    I believe the agent did.**

8    Q.    Do you recall any discussions that you

9    had with anyone at Exterior Pro regarding

10   them defending you or indemnifying you in

11   connection with the lawsuit?

12   **A.    I think they sent a letter that they**

13   **are declining coverage, if I remember**

14   **correctly, but I'm not sure.**

15   Q.    I'm asking for your discussions with

16   Exterior Pro, we'll get to the letters in a

17   minute, but do you remember phoning up anyone

18   at Exterior Pro and saying you guys should be

19   paying this?

20   **A.    I was kind of in shock with all these**

21   **documents, I called them, but I don't know**

22   **who has to pay.  I'm not involved, I have no**

23   **idea who has to pay.**

24   Q.    Do you recall if you submitted any

25   documents or tendered the defense and

1                    Wolf Wercberger

2    indemnification of the lawsuit directly to

3    Evanston Insurance (phonetic spelling).

4    **A.      I gave it to the broker, so the broker**

5    **might have sent it this them.**

6    Q.      Did there come a time when you had any

7    discussions with any investigator that was

8    sent over by Admiral Insurance Company?

9    **A.      Investigator?**

10   Q.      Investigator.

11   **A.      Once I had a discussion here in the**

12   **office I think, I'm not -- I don't remember**

13   **even when it was or who it was, but once I**

14   **think someone came to my office.**

15   Q.      Does the name Peter Decarlo sound

16   familiar?

17   **A.      Yes.**

18   Q.      Did you give Mr. Decarlo an oral

19   statement as to what you knew regarding the

20   accident?

21   **A.      I don't remember.**

22   Q.      Did you give the investigator any

23   documents?

24   **A.      The same documents, the same**

25   **certificate, the same everything, if I gave**

1                    **Wolf Wercberger**
2   **him, I'm not sure but if I gave him, I gave**
3   **him everything the same.**
4   Q.    Exhibit F that we put up on the screen
5   is a September 15, 2020 letter from Admiral
6   insurance group to yourself.
7                    (Whereupon, a document
8           is shared with all parties via
9           videoconference.)
10  Q.    Do you recall receiving this letter on
11  or around September 15th, 2020?
12  **A.    I don't recall, but I probably**
13  **received it, all these insurance documents I**
14  **kept on receiving the entire time since it**
15  **started this claim so I don't know this**
16  **letter, their letter, I have no clue.**
17  Q.    Did Admiral agree to provide a defense
18  of Builders Choice in connection with the
19  underlying Valdivieso lawsuit?
20  **A.    Again.**
21  Q.    Sure.
22         Did Admiral agree to provide a
23  defense, to appoint attorneys and pay your
24  defense costs in connection with the
25  underlying Valdivieso lawsuit?

1                Wolf Wercberger
2    **A.     I have no idea.  I mean I had**
3    **insurance, I gave them the claim, I guess**
4    **they have to pay.  For what am I paying**
5    **insurance for?**
6    Q.    Do you see, Admiral has appointed the
7    following firm to defend your interests,
8    Barry, McTiernan and Moore?
9    **A.     Whose that?**
10   Q.    I'm asking you, are you familiar with
11   that law firm?
12   **A.     I have no idea, someone calls me the**
13   **entire time from, Admiral, what is his name,**
14   **Tom something, I don't know who the guy is,**
15   **let me see his name, one second.**
16   Q.    Do you recall any discussions with
17   Donald Gains at Admiral regarding the
18   substance of that --
19   **A.     No, there's somebody here in the**
20   **email, one second.  Let me see his name,**
21   **Thomas something, one minute.**
22             MR. MCALOON:  Wolf, by counsel,
23        if Thomas Muldoon.
24   **A.     Thomas Muldoon is working for Admiral,**
25   **no?**

1                    **Wolf Wercberger**

2                    MR. MCALOON:  No, no, no.

3    Q.    Do you know what firm Mr. Muldoon is

4    with?

5    **A.      It says B-M-M-F-I-R-M.**

6                    MR. MCALOON:  So it's probably

7           Barry, McTiernan and Moore, right?

8                    MR. MANIATIS:  Yes.

9    Q.    As far as you know, Admiral has been

10   paying Mr. Muldoon's fees?

11   **A.      Somebody is paying him, not me.**

12   Q.    Do you have an understanding of what a

13   reservation of rights is?

14   **A.      Reservation usually I use when I**

15   **reserve a hotel.**

16   Q.    In connection with insurance.

17   **A.      Rights is always my wife is always**

18   **right, having regarding insurance I have no**

19   **clue.  As I said, I am paying my bill, I**

20   **gotten insurance, I ask for a certificate, I**

21   **pick up my check.  That's all I know.  All**

22   **this language is for some kind of lawyers**

23   **that makes much more than a thousand dollars**

24   **an hour, I'm not these kind of guys.**

25   Q.    Do you recall any discussions with

1                    Wolf Wercberger
2    anyone regarding the no coverage applies if
3    contractor conditions are not met
4    endorsement, I'm just asking whether you had
5    any discussions with anyone about that
6    endorsement on or around September 15, 2020?
7    **A.     One second, this paper says that**
8    **Admiral doesn't want -- wants to sue me,**
9    **right?**
10   Q.     That's not what it says, but --
11                 MR. MCALOON:  Wolf, just answer
12            the question, did you have --
13   Q.     The question was whether or not you
14   had any discussions with anyone after
15   receiving this letter in September 15, 2020
16   about the coverages and the endorsement that
17   are quoted in the letter?
18   **A.     I don't recall the date --**
19   Q.     Without --
20   **A.     -- but when I called -- when I called**
21   **Sean, but I don't remember which date it was.**
22                 MR. MCALOON:  No, we're not --
23            don't talk about anything we talked
24            about.
25   Q.     Is it fair to say that after September

1             Wolf Wercberger

2    15, 2020 you sought legal advise regarding

3    the letter?  Yes or no, you don't have to

4    disclose any discussions.

5    **A.      As I said, I don't know if it's the**

6    **date.**

7    Q.      But at some point after receiving this

8    letter, did you seek legal advice?

9    **A.      Yes.**

10   Q.      Do you recall when that was?

11   **A.      No.**

12   Q.      Aside from counsel, did you ever ask

13   anyone, your broker, your insurer, anyone

14   else what a reservation of rights means?

15   **A.      No.**

16   Q.      Turning to exhibit -- what we marked

17   previously as Exhibit G, this is September

18   15th, 2020 letter from Admiral Insurance to

19   Exterior Pro tendering the defense and

20   indemnity of the claim.

21             (Whereupon, Exhibit G is shared

22        with all parties via videoconference.)

23   Q.      First of all, have you seen a copy of

24   this September 15, 2020 letter?

25   **A.      Could be, but I see it's for him, for**

1                    **Wolf Wercberger**
2    **Exterior Pro, not for me.**
3    Q.      Do you recall any discussions with
4    anyone that you have had at Exterior Pro
5    regarding the tendering of the defense and
6    indemnity of the underlying lawsuit?
7    **A.      No.**
8    Q.      Do you recall discussions that you may
9    have had with your broker regarding the
10   tendering of the defense indemnity of the
11   underlying lawsuit?
12   **A.      Yes, I gave them all the documents.**
13   Q.      When you say -- those were the
14   documents that you gave to the investigator
15   for Admiral?
16   **A.      Yes.**
17   Q.      Do you recall what documents
18   specifically you gave them?
19   **A.      Certificate of insurance, the hold**
20   **harmless agreement, maybe some invoices which**
21   **I billed for Noam.**
22   Q.      Do you recall if you gave them any
23   invoices from Exterior Pro?
24   **A.      No.**
25   Q.      Looking at what we previously marked

1                    Wolf Wercberger

2    as Exhibit H is a December 1, 2020 letter

3    from Markel to Exterior Pro and a copy was

4    sent to Admiral insurance, RT Specialty and

5    Kaplan Insurance Agency, do you recall

6    receiving a copy of this letter on or around

7    December 1, 2020?

8                    (Whereupon, Exhibit H is shared

9            with all parties via videoconference.)

10   **A.      See it's for Exterior Pro, not for me.**

11   Q.      But did there come a time that you,

12   somebody provided you a copy of this letter?

13   **A.      Don't know.**

14   Q.      How did you first come to learn that

15   Exterior Pro's insurer was disclaiming

16   coverage?

17   **A.      I received some kind of letter which I**

18   **gave from my broker.**

19   Q.      Was it a different letter than the one

20   we're looking at, Exhibit H?

21   **A.      I don't know.**

22   Q.      Did you have any discussions with

23   anyone at Exterior Pro regarding Markel's

24   disclaimer of coverage?

25   **A.      No.**

1              **Wolf Wercberger**

2    Q.    Did you have any understanding as to

3    what the basis of Markel's disclaimer of

4    coverage to Exterior Pro and to Builders

5    Choice was?

6    **A.    No.**

7    Q.    Did you have any discussions with

8    anyone at Markel regarding the disclaimer of

9    additional insured coverage to Builders

10   Choice?

11   **A.    No.**

12   Q.    Did you have any discussions with

13   anyone regarding challenging the disclaimer?

14   **A.    No, I believe this is doing Admiral.**

15   Q.    Exhibit I is a copy of a letter dated

16   January 7th from Neil Sambursky of Pillinger,

17   Miller, Tarallo to Builders Choice of New

18   York and it's entitled disclaimer subject to

19   defense, do you recall receiving a copy of

20   this letter on or around January 7, 2021?

21   **A.    I see it's addressed to me so probably**

22   **I got it, I don't remember.**

23   Q.    Did you have any discussions with

24   anyone, Mr. Sambursky or your broker or

25   Admiral Insurance regarding disclaimer

```
1                    Wolf Wercberger
2    subject to defense?
3    A.      I gave it to the broker.
4    Q.      When you say "the brother," would that
5    be M&D?
6    A.      Yes.
7    Q.      Did you have any discussions with
8    anyone at Exterior Pro regarding Admiral's
9    disclaimer of coverage --
10   A.      No.
11   Q.      -- subject to defense?
12           You said you gave it to the broker,
13   what discussions, if any, did you have with
14   the broker regarding the disclaimer subject
15   to defense dated January 7, 2021?
16   A.      Don't remember.
17   Q.      Do you know a Todd Mannschreck,
18   M-A-N-N-S-C-H-R-E-C-K?
19   A.      Who?
20   Q.      Tod Mannschreck, he works for one of
21   the brokers.
22   A.      Todd?
23   Q.      Todd, T-O-D-D.
24   A.      No, never heard, not what I know,
25   could be, I just don't recall the name.
```

1                    **Wolf Wercberger**
2     Q.      As you sit here today, are you
3     contemplating any legal action against Markel
4     regarding the disclaimer?
5     **A.      If I did any lawsuit against Markel?**
6     Q.      Yes, challenging their disclaimer.
7     **A.      Not at the moment what I know of, no.**
8     Q.      As we sit here today, is Admiral still
9     paying for the defense and attorneys fees in
10    connection with the underlying Valdivieso
11    lawsuit?
12    **A.      I believe so, I think I paid -- I**
13    **think I paid for them my -- whatchamacallit,**
14    **like they have a deductible or something they**
15    **have, this is what I had to pay for Admiral.**
16    Q.      Did Builders Choice have to pay
17    anything or has incurred any costs in
18    connection with defending the underlying
19    Valdivieso lawsuit?
20    **A.      Again, repeat that.**
21    Q.      Sure.
22            Has Builders Choice incurred any costs
23    in connection with the defense or attorneys
24    fees in connection with the underlying
25    Valdivieso lawsuit?

```
1                Wolf Wercberger
2    A.      I have to pay for Sean.
3                 MR. MCALOON:  He's talking
4           about the other lawsuit, Wolf.
5    Q.      I'm not talking about this lawsuit,
6    I'm not talking about the lawsuit filed by
7    Admiral against Builders Choice, I'm talking
8    about the underlying lawsuit by Valdivieso
9    against Noam and Builders Choice, have you
10   incurred any costs or expenses in connection
11   with defending the Valdivieso lawsuit?
12   A.      Besides the deductible I think not.
13   Q.      How much is the deductible?
14   A.      I believe it's in all these papers you
15   showed me earlier, I believe it's in there
16   somewhere in the papers the deductible
17   amount, I don't remember.
18   Q.      Did you have to pay the deductible to
19   Admiral?
20
21
22
23
24
25   (Continued on next page for Jurat.)
```

```
1
2   A.       I believe so.
3                   MR. MANIATIS:  I don't have any
4           further questions.  Thank you very
5           much for your time, sir.
6                   MR. MCALOON:  Thanks very much.
7           I'll order a copy, Ann.  Please give
8           me a copy of the transcript.
9                      (Time noted:  12:45 p.m.)
10
11

                            _____
12                                  WOLF WERCBERGER
13
14
15  Subscribed and Sworn to before me
16  this        day of            ,  _____
17
18  ----------------------------------
19          Notary Public
20
21
22
23
24
25
```

```
 1                      INDEX
 2  WITNESS              EXAMINATION BY          PAGE
 3  WOLF WERCBERGER      MR. MANIATIS            6
 4
 5
 6          INFORMATION/DOCUMENTS REQUESTED
 7
    DESCRIPTION                               PAGE
 8
    COPY OF TRANSCRIPT                        8
 9
    INSURANCE FILE WITH RESPECT TO THE 2020   44
10  POLICY YEAR
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1              C E R T I F I C A T E

2         I, ANN MULLIGAN, hereby certify that the

3  Examination Before Trial of WOLF WERCBERGER, was

4  held before me on the 5th day of May, 2022; that

5  said witness was duly sworn before the commencement

6  of his testimony; that the testimony was taken

7  stenographically by myself and then transcribed by

8  myself; that the party was represented by counsel as

9  appears herein;

10        That the within transcript is a true record

11 of the Examination Before Trial of said witness;

12        That I am not connected by blood or marriage

13 with any of the parties; that I am not interested

14 directly or indirectly in the outcome of this

15 matter; that I am not in the employ of any of the

16 counsel.

17        IN WITNESS WHEREOF, I have hereunto set my

18 hand this 5th day of May, 2022.

19

20                    _____

21                    ANN MULLIGAN

22

23

24

25
```



```
 1   ERRATA SHEET FOR: WOLF WERCBERGER

 2       WOLF WERCBERGER, being duly sworn, deposes and

 3       says: I have reviewed the transcript of my

         proceeding taken on 05/05/2022. The following

 4       changes are necessary to correct my testimony.

 5   _____

 6   PAGE LINE    CHANGE                    REASON

 7   ----|----|----------------------|--------------

 8   ----|----|----------------------|--------------

 9   ----|----|----------------------|--------------

10   ----|----|----------------------|--------------

11   ----|----|----------------------|--------------

12   ----|----|----------------------|--------------

13   ----|----|----------------------|--------------

14   ----|----|----------------------|--------------

15   ----|----|----------------------|--------------

16   ----|----|----------------------|--------------

17   ----|----|----------------------|--------------

18   ----|----|----------------------|--------------

19   ----|----|----------------------|--------------

20   ----|----|----------------------|--------------

21           Witness Signature:_____

22   Subscribed and sworn to, before me

23   this ___ day of _____, 20 ___.

24   _____        _____

25   (NOTARY PUBLIC)               MY COMMISSION EXPIRES
```

May 5, 2022

[Page 77]

**A**

**a.m (1)**
1:20
**Academy (1)**
14:6
**accepting (1)**
35:16
**access (1)**
40:21
**accident (9)**
49:23,25 55:25
56:13,24 57:9
59:19 60:6
61:20
**account (4)**
39:16,17 40:7
44:12
**acted (1)**
27:3
**action (4)**
5:15 7:8 57:21
71:3
**addition (8)**
8:6 15:12 23:6
29:8 31:23
50:24 52:18
59:13
**additional (14)**
19:10 21:4,22
22:6 23:2
51:6,9,16
52:19 53:7,10
54:4 55:17
69:9
**address (2)**
5:9 6:21
**addressed (1)**
69:21
**ADM000073 ...**
44:24
**administer (1)**
3:11
**administerin...**
4:6

**Admiral (49)**
1:4 2:4 5:14
35:2,19,23
36:5,25 37:4
38:14,21
39:13,20 40:5
41:8,15 42:3
42:18 44:3,15
44:17 45:4,8
45:13,18,21
50:11 59:9,10
59:15 61:8
62:5,17,22
63:6,13,17,24
64:9 65:8
66:18 67:15
68:4 69:14,25
71:8,15 72:7
72:19
**Admiral's (1)**
70:8
**advice (1)**
66:8
**advise (1)**
66:2
**affect (1)**
53:7
**affirmative (1)**
22:15
**affirmatively...**
55:5
**affirmed (1)**
5:2
**afforded (1)**
55:7
**against- (1)**
1:7
**Agency (2)**
53:22 68:5
**agent (5)**
34:16,18,22
58:17 60:7
**ago (1)**
28:14

**agree (2)**
62:17,22
**agreed (5)**
3:2,6,9 4:1
30:19
**agreement (50)**
16:5 17:11
18:3,3,5,6,8,9
18:16,20
19:15 20:18
20:20 22:19
22:23 23:4,7
23:14,18 24:2
24:4,6,7,8,14
24:16,22,25
25:15,20,24
26:4,7,12,18
26:19 27:6,13
28:25 29:9,11
43:7,8,9,12
50:6,8,21
52:24 67:20
**agreements (4)**
19:5,11 23:8
24:10
**Aide (1)**
31:12
**allowing (1)**
20:13
**alter (1)**
55:6
**ambulance (1)**
41:17
**amend (1)**
55:6
**amount (4)**
30:14 31:15,25
72:17
**amounts (1)**
32:16
**Ann (3)**
73:7 75:2,21
**answer (8)**
5:23 14:22

20:6,8,14
22:3 41:23
65:11
**answered (1)**
46:24
**anymore (1)**
38:8
**apologize (1)**
13:19
**appears (1)**
75:9
**applicable (1)**
18:4
**applies (4)**
38:25 45:2,9
65:2
**appoint (1)**
62:23
**appointed (1)**
63:6
**architecture ...**
14:18 15:21
**ARNOLD (1)**
2:7
**Article (2)**
28:16 29:3
**aside (2)**
32:24 66:12
**asked (10)**
13:16 18:11,17
18:21 28:13
29:7 34:16
52:21 54:15
54:19
**asking (7)**
22:8 31:9
46:18 54:13
60:15 63:10
65:4
**assignments ...**
52:4
**assume (1)**
6:5
**attach (2)**

35:15,19
**attorney (1)**
4:i2
**attorneys (6)**
2:3,8 3:3 62:23
71:9,23
**authorized (2)**
3:11 55:10
**available (1)**
7:12
**Avenue (1)**
2:10
**aware (3)**
45:7,12 56:12

**B**

**B (3)**
5:2 57:19,25
**B-M-M-F-I-...**
64:5
**Bachelor (1)**
14:14
**bachelor's (1)**
14:25
**back (5)**
43:6 44:7
48:22 50:17
57:2
**background ...**
13:21,24
**bad (1)**
57:2
**bank (3)**
39:14,16,17
**Barry (2)**
63:8 64:7
**based (2)**
30:23 31:2
**basis (3)**
21:16 49:8
69:3
**Bates (1)**
44:24
**bear (1)**

May 5, 2022

[Page 78]

| | | | | |
|---|---|---|---|---|
| 4:14 | 38:15,19 | 71:16,22 72:7 | **certificates (2)** | 34:7,12 36:3 |
| **behalf (4)** | 39:19 40:8 | 72:9 | 20:25 29:7 | 40:17,20 |
| 24:25 25:15 | 44:15 45:18 | **building (7)** | **certification ...** | 46:13 47:4,15 |
| 34:7,12 | 55:21 59:6 9 | 15:9 33:2,3 | 3:4 | 47:18 48:10 |
| **believe (11)** | 59:14 61:4,4 | 48:18,22,23 | **certifications...** | 51:5,22 52:18 |
| 18:10 25:3,5 | 66:13 67:9 | 48:25 | 15:14 | 57:22 62:18 |
| 33:2 59:3 | 68:18 69:24 | **built (1)** | **certify (1)** | 69:5,10,17 |
| 60:7 69:14 | 70:3,12,14 | 48:18 | 75:2 | 71:16,22 72:7 |
| 71:12 72:14 | **Brokerage (2)** | **bunch (1)** | **challenging (2)** | 72:9 |
| 72:15 73:2 | 34:19,21 | 42:23 | 69:13 71:6 | **Choices (1)** |
| **Berish (3)** | **brokers (2)** | **business (8)** | **change (3)** | 54:8 |
| 9:21 10:20 | 53:17 70:21 | 6:21 11:7,15 | 8:23 18:19 | **civil (1)** |
| 23:23 | **brother (1)** | 11:17,19 | 76:6 | 4:16 |
| **better (1)** | 70:4 | 12:20 13:14 | **changed (2)** | **claim (5)** |
| 57:2 | **brought (2)** | 16:23 | 10:9 37:24 | 59:11,15 62:15 |
| **bidding (1)** | 21:17 30:13 | | **changes (3)** | 63:3 66:20 |
| 47:8 | **Builders (80)** | **C** | 9:3 26:3 76:4 | **clear (6)** |
| **bids (1)** | 1:8,15 2:8 8:11 | **C (5)** | **cheaper (2)** | 40:11 43:10,16 |
| 49:5 | 8:15,18 9:7 | 2:2 5:2 16:5 | 37:20,22 | 43:18,24 |
| **bill (2)** | 9:14,17,19,25 | 75:1,1 | **check (7)** | 48:25 |
| 36:22 64:19 | 10:7,12 11:9 | **call (3)** | 29:22,23 31:20 | **closed (1)** |
| **billed (2)** | 11:14,16 12:3 | 41:16 43:4 | 35:17,25 | 55:18 |
| 44:9 67:21 | 12:10,14,18 | 49:25 | 39:11 64:21 | **clue (3)** |
| **binder (7)** | 12:24 13:6,10 | **called (8)** | **checks (5)** | 22:9 62:16 |
| 35:2 36:14,19 | 13:14 15:4 | 17:9 34:16 | 31:12,23 35:15 | 64:19 |
| 39:24,25 | 21:10,12 23:9 | 38:24 39:24 | 35:17,20 | **coffee (1)** |
| 40:12,19 | 23:14,22 | 40:8 60:21 | **Choice (75)** | 7:22 |
| **binders (1)** | 24:11,12 | 65:20,20 | 1:8,15 2:8 8:11 | **college (2)** |
| 35:14 | 25:16 26:7,13 | **calls (2)** | 8:15,18 9:8 | 13:25 14:5 |
| **blood (1)** | 26:23 27:7,11 | 37:2 63:12 | 9:14,17,20,25 | **Colonial (1)** |
| 75:12 | 27:14,18 28:9 | **case (1)** | 10:7,13 11:9 | 38:11 |
| **bottom (4)** | 29:9,16,23 | 55:18 | 11:14,16 12:3 | **come (4)** |
| 16:20 23:21 | 30:5 31:25 | **caused (1)** | 12:10,14,24 | 57:3 61:6 |
| 38:24 39:10 | 32:13,17,20 | 50:2 | 13:6,10,15 | 68:11,14 |
| **break (8)** | 32:21,24 33:5 | **certain (1)** | 15:4 21:10,12 | **coming (1)** |
| 6:7,10,16,17 | 33:9,14,19 | 43:23 | 23:9,14,22 | 41:18 |
| 41:24 42:7,9 | 34:7,12 36:3 | **certificate (18)** | 24:11 25:16 | **commence (1)** |
| 42:12 | 40:17,20 | 22:5,25 40:8 | 26:7,13,24 | 50:3 |
| **briefly (3)** | 46:12 47:4,15 | 40:10 46:3 | 27:7,11,14,18 | **commencem...** |
| 13:20,23 16:13 | 47:18 48:10 | 51:17 52:2,8 | 28:9 29:9,16 | 75:5 |
| **brings (1)** | 51:5,20,21 | 54:24 55:2,4 | 29:23 30:6 | **commercial (3)** |
| 30:15 | 52:17,18 54:8 | 55:5,8,11,14 | 32:2,13,17,20 | 21:15 36:3 |
| **broker (22)** | 57:22 62:18 | 61:25 64:20 | 32:21,24 33:6 | 46:25 |
| 36:9 37:8,12 | 69:4,9,17 | 67:19 | 33:9,14,19 | **COMMISSI...** |

76:25
communicati...
44:21
communicati...
35:5 37:3
company (23)
1:4 2:4 5:14
9:9,11,24
11:17,21 23:2
35:3,18,24
38:3,7,14
39:13 40:6,17
44:16,17 59:4
59:10 61:8
compared (1)
48:16
complaint (8)
57:20 58:4,9
58:16,25 59:2
59:6 60:4
complete (4)
5:23 41:14
54:2,21
completed (3)
57:12,15,17
complies (1)
22:17
comply (1)
22:22
computer (1)
40:21
conditions (10)
36:10 37:8
38:20,25
43:15,23
44:22 45:2,9
65:3
condominiu...
47:3
conduct (1)
4:14
conducted (1)
4:3
confer (1)

8:2
conference (2)
4:3,15
confers (1)
55:3
confirmation...
35:2 36:14
39:24 40:2,13
confirmation...
36:19
confirming (2)
4:7 39:20
confused (1)
5:25
connected (1)
75:12
connection (...
18:21 27:7
28:5,11 29:16
29:20 33:6,10
46:14 47:24
48:5,15 49:4
49:12 52:4
60:5,11 62:18
62:24 64:16
71:10,18,23
71:24 72:10
consent (1)
4:9
considered (1)
4:9
constitute (1)
55:8
construction ...
12:9,23 14:18
14:20,24 15:8
17:20 46:5,14
48:7,9
contact (2)
47:16 49:3
contacted (1)
47:5
contained (5)
37:9 38:20

45:8 53:18,23
contains (2)
19:15 28:16
contemplatin...
71:3
Continued (1)
72:25
contract (10)
16:16,21 17:13
17:14,16
19:10 22:19
30:20 52:23
55:9
contractor (9)
16:9,15 17:6
22:6 32:24
38:25 45:2,9
65:3
contractors (3)
21:20 38:4,9
contracts (2)
23:8 29:11
contractual (1)
21:19
control (1)
4:5
conversion (1)
48:8
copied (1)
59:8
copies (3)
35:13,14,22
copy (36)
4:12,15 7:11
7:15 16:6
23:3,18 36:13
40:12,19,23
41:8,14 42:3
42:18,19,21
45:21 54:2,7
56:18 57:20
58:4,8,13,16
60:3 66:23
68:3,6,12

69:15,19 73:7
73:8 74:8
correct (16)
21:11 27:4,5
28:9 30:7,8
31:21 32:14
36:6 40:13
42:19 48:12
50:18 52:10
56:6 76:4
correctly (3)
7:6 40:15
60:14
corresponde...
35:23 39:19
59:8
costs (5)
4:14 62:24
71:17,22
72:10
counsel (13)
4:2,4,13 6:15
6:16,17 8:2,4
8:6 63:22
66:12 75:8,16
couple (1)
44:2
course (3)
52:11,15,21
court (7)
1:1 3:13 4:3,5
4:7 5:20,25
cover (3)
24:22 27:14
32:16
coverage (16)
21:14,20 38:4
38:25 39:12
39:20 45:2,8
55:7 60:13
65:2 68:16,24
69:4,9 70:9
coverages (2)
21:16 65:16

covering (1)
29:11
CPLR (2)
4:3,15
crews (1)
32:20
current (2)
8:10,14
currently (4)
9:14 10:7,13
10:21
customer (1)
22:8
cut (1)
41:17

**D**

D (2)
23:13,16
D/B/A (3)
1:9 2:9 8:11
daily (1)
49:8
date (8)
49:23 50:5,11
50:20 51:23
65:18,21 66:6
dated (5)
17:16 24:8
39:23 69:15
70:15
day (10)
30:16 31:4
48:23 49:21
49:22,25
73:16 75:4,18
76:23
days (1)
37:22
dealt (2)
25:7 34:23
Decarlo (2)
61:15,18
December (2)

68:2,7
**decision (1)**
38:12
**deck (1)**
48:21
**declaratory (1)**
5:15
**declining (1)**
60:13
**deductible (5)**
71:14 72:12,13
72:16,18
**defend (2)**
60:5 63:7
**Defendant (2)**
1:14 2:8
**Defendants (1)**
1:11
**defending (3)**
60:10 71:18
72:11
**defense (13)**
60:25 62:17,23
62:24 66:19
67:5,10 69:19
70:2,11,15
71:9,23
**degree (6)**
14:7,12,14,17
15:2,7
**Depends (1)**
31:4
**deposed (2)**
4:16 6:25
**deposes (1)**
76:2
**deposition (9)**
3:10 4:3,6,15
6:11,14 7:2
7:21 8:7
**depositions (1)**
7:7
**describe (7)**
9:3 10:25

13:20 16:13
23:24 48:3
51:10
**DESCRIPTI...**
74:7
**detail (1)**
36:12
**different (3)**
12:13 27:10
68:19
**difficulty (1)**
6:2
**direct (1)**
35:4
**directly (4)**
40:20 44:15
61:2 75:14
**disclaimer (10)**
68:24 69:3,8
69:13,18,25
70:9,14 71:4
71:6
**disclaiming (1)**
68:15
**disclose (2)**
8:3 66:4
**discuss (2)**
8:7 43:25
**discussion (6)**
19:19 44:20
55:23 57:5
59:25 61:11
**discussions (...**
8:3 19:16
20:23 22:11
25:18 28:17
29:4 35:5
36:9 37:7,11
38:18 45:17
52:16 55:19
56:19 57:8
58:24 59:18
59:22 60:8,15
61:7 63:16

64:25 65:5,14
66:4 67:3,8
68:22 69:7,12
69:23 70:7,13
**DISTRICT (2)**
1:1,2
**DOCKET (1)**
1:6
**document (14)**
15:25 16:6,14
16:15 20:5
22:2 23:24
26:21 28:21
39:23 41:2
51:11,12 62:7
**documentati...**
32:9,10 59:14
**documents (...**
7:23 18:12
31:14,24
36:18 49:12
60:21,25
61:23,24
62:13 67:12
67:14,17
**doing (5)**
11:15,19 42:13
46:18 69:14
**dollars (1)**
64:23
**Donald (2)**
63:17
**door (1)**
48:21
**draft (3)**
39:14,16 44:12
**drafted (2)**
28:23 40:7
**drafting (1)**
25:15
**Drank (1)**
7:22
**duly (2)**
75:5 76:2

**duties (3)**
8:24 12:2,5
**duty (1)**
22:15

**E**

**E (7)**
2:2,2 5:2,2,2
75:1,1
**earlier (3)**
50:22 53:2
72:15
**educational (2)**
13:21,24
**effect (4)**
3:12 18:9
39:13 50:12
**either (9)**
8:24 14:18
15:8,18 39:19
45:17 53:16
53:21 55:21
**electronicall...**
41:4
**Elm (2)**
5:10 6:23
**Elmsford (1)**
2:5
**email (2)**
41:4 63:20
**emailed (2)**
4:13 58:20
**emails (1)**
39:18
**employ (1)**
75:15
**employee (4)**
49:24 53:18,23
56:8
**employees (8)**
10:6,8,8 11:2
11:23 31:3
33:14 47:20
**employer (1)**

8:10
**employment ...**
15:5
**employs (1)**
11:2
**ended (1)**
38:3
**endorsement...**
38:24 39:5
44:25 45:5,6
45:10,13,19
65:4,6,16
**engineering (...**
15:18
**entered (4)**
19:5,11 23:8
52:25
**entire (3)**
8:20 62:14
63:13
**entitled (2)**
36:18 69:18
**entity (1)**
12:17
**Entry (1)**
1:18
**ERRATA (1)**
76:1
**ESQ (2)**
2:6,12
**Estates (1)**
57:22
**Evanston (1)**
61:3
**evidence (1)**
31:14
**Examination...**
1:14 5:5 74:2
75:3,11
**examined (1)**
5:4
**example (5)**
24:20 30:12,14
30:16 48:20

May 5, 2022

[Page 81]

exclusion (2)
53:18,24
exclusions (3)
37:9 38:19
53:5
excuse (3)
13:22 19:14
20:7
execute (1)
24:15
exhibit (23)
4:12,12,14
16:5 23:13,16
34:3,4,25
41:7,8,10
44:4 57:19,25
62:4 66:16,17
66:21 68:2,8
68:20 69:15
exhibits (1)
4:11
expenses (1)
72:10
EXPIRES (1)
76:25
explain (1)
28:7
express (2)
4:9 43:22
extend (1)
55:6
extent (1)
42:25
Exterior (67)
12:18,20,24
13:7,10 23:4
24:11,18 25:2
25:6,19,25
26:7,14,22
27:3,14 28:18
29:5,10,12,15
29:19 30:5,12
30:18 31:13
31:15 32:2,3

32:6,17 48:4
48:15,24 49:3
49:11 50:3
51:4,20,21
52:5,17,25
53:4,16,21,23
54:3 55:16,22
56:9,20 60:4
60:9,16,18
66:19 67:2,4
67:23 68:3,10
68:15,23 69:4
70:8

**F**

F (3)
5:2 62:4 75:1
fair (2)
17:19 65:25
familiar (7)
12:17 44:4,6
46:5,7 61:16
63:10
far (2)
11:23 64:9
February (8)
10:9 11:25
12:10,15
33:15 49:19
49:20 51:2
fees (3)
64:10 71:9,24
fifth (2)
46:17,21
file (4)
41:3 43:2 54:8
74:9
filed (1)
72:6
files (2)
35:10,12
filing (1)
3:4
financial (2)

9:16,19
financing (1)
44:17
find (1)
32:8
finish (1)
48:23
finished (2)
6:9 48:24
firm (3)
63:7,11 64:3
first (16)
5:2 13:7 25:12
26:23 27:3
30:18 44:2
45:7,12 47:5
47:15 49:3,9
56:12 66:23
68:14
five (2)
30:15,17
five-minute (2)
41:24 42:12
Floor (2)
2:4,10
folder (1)
41:4
follow (1)
19:22
following (2)
63:7 76:3
follows (1)
5:4
force (1)
3:12
form (9)
3:7 18:20
21:17 23:14
24:15 27:6,13
29:8 43:19
formed (3)
9:25 10:3
11:12
Friday (1)

31:7
full (1)
42:19
further (4)
3:6,9 4:11 73:4

**G**

G (3)
5:2 66:17,21
Gains (1)
63:17
general (12)
17:6 18:5,6,8
18:15 21:15
24:5,7 34:11
37:13 43:12
51:4
generally (1)
10:25
gentleman (2)
25:5,7
George (3)
2:6 5:12 20:14
getting (4)
12:7,7 30:10
30:11
give (12)
5:19 22:5,13
40:9 41:18,19
41:20 44:11
49:10 61:18
61:22 73:7
given (2)
7:2 52:5
go (7)
31:10 36:12
40:15 41:6
42:9 43:21
44:7
goes (4)
37:18,21 46:19
46:20
going (12)
5:15 7:11

23:12 41:7,13
41:20 43:4,6
57:2,3,3 59:2
good (3)
5:12 49:2,7
gotta (2)
39:11 41:16
gotten (1)
64:20
ground (1)
5:18
group (1)
62:6
grow (1)
33:4
guess (2)
30:17 63:3
guy (3)
56:3,25 63:14
guys (7)
30:11,13,13,15
48:23 60:18
64:24

**H**

H (3)
68:2,8,20
hand (1)
75:18
happen (1)
41:20
happened (1)
56:20
harmless (1)
67:20
head (1)
5:21
headache (1)
50:2
hear (1)
14:10
heard (2)
14:22 70:24
held (3)

1:17 8:17
75:4
hereunto (1)
75:17
hire (1)
26:7
hired (9)
13:7 22:21
26:13,23 27:8
28:10 30:18
32:23 50:25
hires (1)
32:21
hiring (1)
32:20
hit (1)
56:25
hold (1)
67:19
holder (2)
55:4,11
honest (2)
36:20 43:18
hotel (1)
64:15
hour (1)
64:24

**I**

idea (13)
17:5,8 25:7
27:12,24
35:25 39:7
51:3 56:7,10
60:23 63:2,12
identity (1)
4:8
impair (1)
21:19
incepted (1)
37:5
including (1)
6:14
incorporated...

9:10,12 11:6
incurred (3)
71:17,22 72:10
indemnificat...
22:18 28:16,19
28:24 61:2
indemnify (1)
60:5
indemnifyin...
60:10
indemnity (8)
19:15,17,25
20:18,19
66:20 67:6,10
INDEX (1)
74:1
indirectly (1)
75:14
information ...
55:3
INFORMAT...
74:6
initial (1)
30:4
installed (2)
30:10,11
installments ...
44:13
instances (1)
54:18
institution (1)
14:8
instructions ...
6:18
insurance (65)
1:4 2:4 5:14
20:22 21:2,17
21:22 22:5,14
22:17,22,25
29:3,6 34:7
34:11,17 35:3
35:10,18,23
36:21,23,25
38:7,13,14

39:13 40:3,5
40:5,10 41:9
41:15 43:2
45:18 46 3
51:5,8,8,15
51:18 52:3,8
52:22 53:10
53:17,22 55:8
59:9 61:3,8
62:6,13 63:3
63:5 64:16,18
64:20 66:18
67:19 68:4,5
69:25 74:9
insure (2)
22:16,20
insured (11)
22:6 23:2 51:6
51:9,16 52:19
53:8,11 54:4
55:17 69:9
insureds (1)
21:4
insurer (5)
36:3 37:25
38:10 66:13
68:15
insurers (1)
55:9
insuring (1)
38:8
interested (1)
75:13
interests (1)
63:7
interpretatio...
28:19
investigator (...
61:7,9,10,22
67:14
invoices (6)
29:15 30:5
32:13,16
67:20,23

involved (6)
12:10 18:13
32:18,22
48:17 60:22
involvement ...
25:14 34:6,15
involving (2)
29:11 55:25
ISBS (1)
44:16
issuance (1)
44:19
issue (2)
29:15 34:9
issued (2)
31:13 55:2
issues (1)
34:7
issuing (1)
55:9
item (3)
22:4,10 53:9
items (1)
55:15

**J**

J (3)
34:3,4,25
January (24)
17:17 19:12
24:8,10,21
26:13 27:10
33:15,17 34:8
36:2,8,15
37:5 39:23
40:6 49:19,20
50:5,10,22
69:16,20
70:15
job (17)
12:7,8 16:9
18:4 26:16
30:9 33:15
43:13,20,21

47:9 49:9,13
49:16,18 50:9
57:10
jobs (1)
31:4
Johnson (2)
36:24 37:3
judgment (1)
5:15
Jurat (1)
72:25

**K**

K (2)
36:24 37:3
Kaplan (2)
53:22 68:5
keep (1)
35:13
kept (3)
41:4,5 62:14
kind (7)
5:25 14:12
57:4 60:20
64:22,24
68:17
knew (1)
61:19
know (68)
6:8 10:2,17
11:14,23
12:12,13,16
13:2,9 14:11
15:3 18:2
19:3,4,9,13
21:6 22:4
24:9 28:23
29:18,24 30:6
32:5,23 35:8
36:4,16,20,21
36:23 38:2,6
38:12 39:4
40:10,18,22
42:4 44:18

May 5, 2022

[Page 83]

47:11,13
49:15 50:9,13
52:2 53:9
56:3,4,8,22
57:16 60:21
62:15 63:14
64:3,9,21
66:5 68:13,21
70:17,24 71:7
**known (1)**
12:17

**L**

**L (2)**
3:1 5:2
**language (2)**
55:12 64:22
**lapsed (1)**
36:23
**law (2)**
4:10 63:11
**lawsuit (22)**
5:17 56:5,16
56:19 59:13
59:19,21
60:11 61:2
62:19,25 67:6
67:11 71:5,11
71:19,25 72:4
72:5,6,8,11
**lawyers (1)**
64:22
**learn (2)**
39:12 68:14
**leave (1)**
43:6
**legal (3)**
66:2,8 71:3
**LegalView/Z...**
4:5
**lengthy (1)**
41:12
**LERNER (1)**
2:7

**let's (3)**
30:15 31:9
42:11
**letter (20)**
38:8 45:14
60:12 62:5,10
62:16,16
65:15,17 66:3
66:8,18,24
68:2,6,12,17
68:19 69:15
69:20
**letters (2)**
39:18 60:16
**Lexitas (1)**
4:5
**LEXITAS-L...**
1:17,18
**liabilities (1)**
9:6
**liability (14)**
9:11 21:15,20
22:25 34:11
36:3 37:13,25
38:4 39:6
51:5,15,17
52:3
**licenses (2)**
15:13,17
**limit (1)**
21:19
**limitations (1)**
53:6
**limited (3)**
9:11 33:7,11
**LINE (1)**
76:6
**Link (1)**
1:18
**listed (2)**
21:21 54:4
**litigation (2)**
4:10,16
**LLC (1)**

57:22
**LLP (2)**
2:3,7
**locations (1)**
4:4
**long (2)**
8:17 11:19
**look (4)**
38:23 44:4
54:23 55:15
**looked (2)**
50:21 52:25
**looking (6)**
10:16 16:10
17:16 44:2
67:25 68:20
**looks (3)**
44:6 58:6,7

**M**

**M-A-N-N-S-...**
70:18
**M&B (1)**
34:20
**M&D (8)**
34:19,21 38:16
40:19,23
58:22,24 70:5
**M&D's (1)**
40:21
**mail (1)**
58:11
**mailed (1)**
58:19
**maintain (3)**
31:24 35:10,21
**maintained (3)**
42:22 54:8,11
**maker (1)**
56:10
**manage (1)**
41:17
**management...**
14:19,20,24

15:9 16:18,24
**manager (5)**
8:16,18,20
12:2 58:9
**Maniatis (12)**
2:6 5:6,13 7:10
7:18 20:16
42:25 46:10
53:14 64:8
73:3 74:3
**manner (1)**
4:8
**Mannschrec...**
70:17,20
**Manny (6)**
25:3,7,9,10,22
57:6
**marked (8)**
4:12 16:4
23:13 34:25
44:4 57:19
66:16 67:25
**Markel (4)**
68:3 69:8 71:3
71:5
**Markel's (2)**
68:23 69:3
**marriage (1)**
75:12
**materials (3)**
30:23,24,24
**matter (2)**
55:3 75:15
**matters (1)**
4:16
**MCALOON ...**
2:12 7:14 14:9
14:13,21 20:4
20:8,12 21:25
41:22 42:2,6
42:11 63:22
64:2,6 65:11
65:22 72:3
73:6

**McTiernan (2)**
63:8 64:7
**mean (7)**
22:9 24:18
37:15 46:7
56:16 59:7
63:2
**meaning (2)**
28:18 30:9
**means (4)**
19:20 20:2
40:2 66:14
**meeting (1)**
4:5
**memory (1)**
60:2
**mentioned (1)**
11:5
**met (4)**
39:2 45:3,9
65:3
**Miller (3)**
2:3 5:13 69:17
**minute (3)**
28:13 60:17
63:21
**missing (3)**
48:20,21,21
**moment (3)**
33:22 38:22
71:7
**money (5)**
30:14 31:10,25
32:6 39:17
**Monroe (2)**
5:10 6:23
**month (1)**
44:12
**Moore (2)**
63:8 64:7
**morning (1)**
5:12
**Muldoon (3)**
63:23,24 64:3

| | | | | |
|---|---|---|---|---|
| **Muldoon's (1)** 64:10 **MULLIGAN...** 75:2,21 **N (2)** 2:2 3:1 **name (19)** 5:7,12 9:22 21:4 22:5 23:2 25:6,12 34:22 36:24 40:17 53:10 55:16,17 61:15 63:13 63:15,20 70:25 **naming (3)** 22:25 51:5,15 **nature (8)** 14:19 15:10,22 17:7 19:21 33:21 34:14 46:8 **necessary (1)** 76:4 **need (5)** 4:6 6:7,15 37:12 40:8 **needs (1)** 31:9 **negatively (1)** 55:6 **negotiation (1)** 18:13 **Neil (1)** 69:16 **never (4)** 39:7,8 54:13 70:24 **new (28)** 1:2,8,15,20 2:5 2:8,11,11 5:3 | 5:10 6:23 8:11 9:8,10 9:12 13:15 15:18 23:14 29:9 40:17 46:13 48:7,9 48:18 51:22 52:19 57:22 69:17 **Nineteen (1)** 8:19 **Noam (32)** 16:18,23 17:12 17:20 18:9,17 18:25 19:6,11 19:17 20:23 21:5,12 22:11 23:9 32:14,18 32:20,23 43:22 45:22 45:23 46:2,13 47:5,16,24 57:22 59:18 59:20 67:21 72:9 **nod (1)** 5:21 **Notary (4)** 1:20 5:3 73:19 76:25 **note (3)** 20:4 21:25 44:25 **noted (3)** 7:13 43:5 73:9 **notice (1)** 59:10 **notified (1)** 40:4 **number (4)** 10:9 31:3 44:7 55:17 **O** | **O (2)** 3:1 5:2 **oath (2)** 3:11 4:6 **objection (4)** 20:5,9,13 22:2 **objections (1)** 3:7 **obligated (1)** 19:20 **obligation (2)** 4:15 19:22 **obtain (3)** 7:15 14:7,17 **obtained (1)** 15:7 **Obviously (1)** 41:12 **occasions (1)** 7:5 **occur (1)** 56:2 **occurrence (1)** 21:16 **office (6)** 11:4 35:11,21 42:23 61:12 61:14 **officer (2)** 3:11 4:6 **officers (2)** 10:12,14 **Okay (7)** 10:16 13:19 28:15 34:2 41:19,25 42:14 **on-site (2)** 33:20 50:25 **once (2)** 61:11,13 **One-Click (1)** 1:18 **one-million (1)** | 55:18 **opposite (1)** 11:16 **oral (1)** 61:18 **order (3)** 1:17 43:20 73:7 **organization...** 9:7 **original (1)** 18:20 **OSHA (3)** 15:11,12 19:23 **outcome (1)** 75:14 **owner (4)** 9:19 17:3 21:6 21:7 **owners (1)** 21:20 **ownership (2)** 9:16 11:23 **owns (1)** 17:8 **P** **P (3)** 2:2,2 3:1 **p.m (1)** 73:9 **pack (2)** 56:14,15 **page (8)** 16:10 23:22 40:15 44:24 72:25 74:2,7 76:6 **pages (1)** 44:3 **paid (11)** 29:19 30:20 31:5,15,20 32:2,6,17 | 35:18 71:12 71:13 **paper (2)** 18:15 65:7 **papers (6)** 42:24 50:2 56:14,15 72:14,16 **paragraph (1)** 55:20 **Park (1)** 2:10 **participating...** 4:4 **particular (2)** 18:4 24:4 **parties (14)** 3:3 4:2,9,14 16:2 23:17 34:5 41:11 51:13 58:2 62:8 66:22 68:9 75:13 **party (3)** 4:16,16 75:8 **pay (18)** 29:24 30:10,15 31:6,10 36:22 36:22 37:16 39:10 44:13 60:22,23 62:23 63:4 71:15,16 72:2 72:18 **paying (7)** 32:19 60:19 63:4 64:10,11 64:19 71:9 **payment (2)** 44:11,14 **payments (1)** 44:8 **pending (1)** 6:10 |

**perform (3)**
29:12 47:18
49:13
**performed (6)**
27:15 29:17
31:16 32:3
33:5,10
**period (1)**
50:8
**person (1)**
47:14
**personally (1)**
58:8
**Peter (1)**
61:15
**phone (2)**
49:5,17
**phonetic (1)**
61:3
**phoning (1)**
60:17
**phrase (1)**
14:16
**physically (1)**
58:19
**pick (1)**
64:21
**Pillinger (3)**
2:3 5:13 69:16
**place (3)**
4:6 52:13
57:10
**placed (1)**
59:10
**plaintiff (4)**
1:5,16 2:3 56:5
**plans (1)**
47:23
**please (11)**
13:20 20:10
26:10 28:7
29:25 31:17
37:19 39:15
44:7 51:10

73:7
**point (1)**
66:7
**policies (4)**
35:13,22 39:6
55:7
**policy (37)**
21:15,18 36:11
37:5,9,13,17
38:13,21 39:9
41:9,15 42:3
42:18 43:3
44:3,10,19,22
45:4,8,13,22
45:23 50:11
52:20 53:6,17
53:23 54:3,7
54:14,15,21
55:16,17
74:10
**Polivio (4)**
1:9 2:9 56:2
57:21
**position (3)**
8:14,17,24
**possession (1)**
4:13
**preceded (1)**
24:10
**premises (1)**
46:23
**premium (2)**
37:16 44:9
**premiums (2)**
37:13,14
**preparation ...**
7:24
**prepare (1)**
7:20
**present (2)**
4:2 25:24
**presented (1)**
4:12
**presenting (1)**

4:12
**president (2)**
9:24 10:20
**previous (2)**
37:17 38:3
**previously (5)**
16:4 23:13
57:19 66:17
67:25
**price (3)**
30:20 37:21
39:11
**prior (22)**
4:13 10:3
13:11 15:4
17:12,14,20
17:24 23:19
24:14 26:4,6
26:12 36:2,8
39:5 44:19
45:3 50:20
52:13 53:13
55:12
**Pro (65)**
12:18,20,25
13:7,10 23:4
24:11,18 25:2
25:6,19,25
26:8,14,22
27:3,14 28:18
29:5,10,12,15
29:19 30:5,12
30:18 31:13
31:15 32:2,3
32:6,17 48:4
48:24 49:3,11
50:3 51:4,20
51:21 52:5,17
52:25 53:5,16
53:22,23 54:3
55:16,22 56:9
56:20 60:4,9
60:16,18
66:19 67:2,4

67:23 68:3,10
68:23 69:4
70:8
**Pro's (2)**
48:15 68:15
**probably (7)**
35:19 40:3
44:16 48:2
62:12 64:6
69:21
**problem (1)**
42:9
**proceeding (1)**
76:3
**process (1)**
47:9
**producer (1)**
55:10
**production (1)**
43:4
**professional ...**
15:13
**project (35)**
13:4,12 17:21
17:24 19:2
23:10 24:5,16
27:2,3,20
28:6,12 29:21
30:19 32:4,7
32:25 33:6,11
33:19 46:6,9
46:14 47:6,16
47:25 48:5
49:4 50:4,14
52:9,14 57:12
57:15
**projects (13)**
12:9,23,24
17:20,23
18:24 24:6,7
24:21,23 26:8
26:15 52:12
**property (3)**
17:3,8 47:2

**provide (6)**
23:3 46:2,13
48:4 62:17,22
**provided (7)**
1:18 21:14
45:22 47:23
49:11 52:3
68:12
**provision (7)**
19:16,18 21:3
21:18 28:17
28:20,24
**provisions (2)**
43:9,15
**Public (4)**
1:20 5:3 73:19
76:25
**purchase (4)**
37:4 38:13
45:4 51:4
**purchased (1)**
39:6
**purchasing (2)**
34:11 36:11
**purpose (1)**
4:10
**pursuant (2)**
1:16 4:3
**put (1)**
62:4

**Q**
**question (26)**
3:7 4:14 5:23
6:5,6,9,10
10:15 13:16
14:10 15:15
16:25 20:15
26:10 28:7,13
29:25 30:4
31:17 39:21
41:23 43:14
46:18 52:6
65:12,13

questioning (2)
4:13 32:5
questions (3)
5:16,19 73:4
quick (1)
33:23
quicker (2)
31:9,11
Quickway (35)
13:3,11 17:10
17:21,24 19:2
23:10 24:5
27:2,16,19
28:6,12 29:13
29:17,20
30:19 31:16
32:3,7,25
33:10,16,19
46:6,9,15,20
46:22 47:19
49:10 50:14
52:9,14 57:13
quoted (1)
65:17

**R**

R (6)
2:2 5:2,2,2
57:22 75:1
R-T (1)
35:3
R&T (2)
35:5,8
read (6)
39:7,8,9 40:14
55:12,21
ready (1)
48:19
real (1)
17:3
really (1)
6:12
reason (2)
6:7 76:6

recall (48)
13:6 19:16
22:10 23:11
25:17,18 29:4
33:22 36:13
36:17 37:11
38:10,18,22
40:12,14,25
42:20 45:3,16
45:20,21 47:4
49:23
50:16 52:16
54:5,6,20,22
55:19 58:12
59:17 60:3,8
60:24 62:10
62:12 63:16
64:25 65:18
66:10 67:3,8
67:17,22 68:5
69:19 70:25
receive (3)
41:14 42:2
59:14
received (11)
36:13,18 42:18
42:21 55:13
56:18 58:5,15
59:5 62:13
68:17
receiving (7)
40:12 62:10,14
65:15 66:7
68:6 69:19
recess (2)
33:24 42:15
recheck (1)
24:14
recollection (2)
26:22 37:23
record (3)
5:24 10:23
75:10
recorded (1)
4:8

recording (1)
4:8
reduce (3)
21:19 37:12,14
referred (1)
21:7
referring (5)
19:24 20:22
22:10 44:24
49:23
refers (1)
21:24
refresh (1)
26:21
refusing (1)
40:9
regarding (39)
4:14 5:16 6:13
19:17 20:24
22:11 23:9
25:20 28:18
29:5 36:10
37:4,8,12
38:19 44:21
45:19 47:16
52:18 55:20
57:9 58:25
59:15,18 60:9
61:19 63:17
64:18 65:2
66:2 67:5,9
68:23 69:8,13
69:25 70:8,14
71:4
remember (17)
7:6 46:17
49:20 58:6,10
58:21 59:16
59:24 60:2,13
60:17 61:12
61:21 65:21
69:22 70:16
72:17
remote (2)

1:19 4:4
remotely (1)
4:7
repairs (2)
48:6,7
repeat (5)
6:4 20:11,15
25:4 71:20
rephrase (2)
6:5 59:25
report (1)
10:21
reporter (4)
4:4,7 5:20 6:2
Reporting (1)
4:5
represent (1)
5:14
representati... (1)
55:10
represented (...
75:8
request (4)
6:12 7:11,13
43:5
requested (4)
26:3 54:7,12
74:6
required (3)
21:4,21 52:22
requirement ...
22:7
requirement...
22:18,22 29:3
29:6
reservation (3)
64:13,14 66:14
reserve (1)
64:15
reserved (1)
3:8
residential (1)
46:25
respect (2)

43:3 74:9
respective (1)
3:3
response (1)
5:19
responses (1)
6:3
responsibiliti...
8:25 12:2,6
responsible (1)
34:10
restrict (1)
21:18
retain (3)
27:18,23 28:2
review (1)
7:23
reviewed (1)
76:3
reviewing (1)
45:4
rider (14)
16:5 18:8,14
18:15,17,20
19:5,10 20:19
23:4,7 43:7
43:24 50:21
right (5)
51:24 59:7
64:7,18 65:9
rights (5)
53:7 55:4
64:13,17
66:14
Road (28)
2:4 13:4,12
17:21,25 19:2
27:2,16,19
28:6,12 29:13
29:17,20
31:16 32:4,25
33:11,16,19
46:6,9,15
47:19 50:14

52:9,14 57:13
**role (1)**
48:15
**roofing (23)**
1:9 2:9 8:12
9:9 11:5,12
11:15,18
12:21 16:16
28:4,10 33:3
33:7,11 38:4
38:9 46:19,21
48:6,11,16
57:23
**RT (3)**
40:16,18 68:4
**rules (2)**
5:18 19:23

**S**

**S (3)**
2:2 3:1,1
**safety (3)**
15:11,12 19:22
**Sambursky (2)**
69:16,24
**saying (4)**
10:14 37:14
46:7 60:18
**says (12)**
18:7 21:6,9
22:13 35:3
52:22 55:2
58:7 64:5
65:7,10 76:3
**Schonbrun (4)**
9:21 10:20,23
23:23
**screen (1)**
62:4
**scroll (1)**
39:10
**sealing (1)**
3:4
**Sean (6)**

2:12 7:10
20:11,11
65:21 72:2
**second (14)**
8:13 26:9 31:7
33:23 38:23
41:16,16,18
41:18,19,21
63:15,20 65:7
**secretaries (1)**
34:24
**section (13)**
4:3 19:14,14
19:18,25 20:2
20:18,19,22
20:24 21:9,24
22:11
**see (17)**
6:12 9:22
15:24 18:7
34:3,25 35:3
36:24 39:2
40:16 51:23
63:6,15,20
66:25 68:10
69:21
**seek (1)**
66:8
**seen (3)**
16:6 23:18
66:23
**seminar (1)**
14:5
**send (3)**
7:16 48:22
59:6
**sending (1)**
59:3
**senior (1)**
36:24
**sent (11)**
38:7 40:16,19
40:23 41:2
45:14 60:3,12

61:5,8 68:4
**separate (3)**
4:4 11:22
24:16
**separately (1)**
11:6
**September (7)**
62:5,11 65:6
65:15,25
66:17,24
**served (2)**
58:8,12
**Service (1)**
4:5
**services (3)**
21:17 46:12
48:4
**set (1)**
75:17
**shared (9)**
16:2 23:16
34:4 41:10
51:13 57:25
62:8 66:21
68:8
**shareholders...**
9:13 10:17,18
10:19
**SHEET (1)**
76:1
**shock (1)**
60:20
**short (2)**
33:24 42:15
**show (5)**
23:12 31:25
32:11 41:8,13
**showed (1)**
72:15
**shrug (1)**
5:21
**siding (19)**
1:9 2:9 8:12
9:9 11:6,12

11:15,18
16:16 28:4,11
33:7,11 46:19
46:22 48:6,11
48:16 57:23
**sign (8)**
16:17 18:17
25:6,21 26:17
26:19 43:12
43:20
**signature (5)**
16:11,20 23:21
25:25 76:21
**signed (8)**
3:10,12 24:2
24:25 28:22
43:8,17,20
**signing (5)**
17:12,14 26:4
26:6,12
**similar (1)**
36:18
**single (1)**
22:8
**sir (1)**
73:5
**sit (2)**
71:2,8
**site (6)**
16:9 18:4
48:12 49:16
49:18 57:10
**so-and-so (1)**
30:13
**solicitation (1)**
49:5
**somebody (3)**
63:19 64:11
68:12
**soon (2)**
7:16 59:5
**Sorry (3)**
26:9 46:16
53:19

11:15,18
16:16 28:4,11
33:7,11 46:19
46:22 48:6,11
48:16 57:23
**sort (2)**
42:12 48:14
**sought (1)**
66:2
**sound (1)**
61:15
**South (1)**
2:10
**SOUTHERN...**
1:2
**speak (2)**
6:15,17
**speaks (2)**
20:5 22:2
**Specialty (6)**
35:4,6,8 40:16
40:18 68:4
**specific (2)**
37:23 45:16
**specifically (3)**
19:24 48:3
67:18
**specification...**
47:24
**spell (1)**
25:8
**spelling (1)**
61:3
**spent (1)**
31:3
**spoke (2)**
49:17 59:20
**square (1)**
30:10
**squares (1)**
30:9
**stand (1)**
14:4
**standard (10)**
18:16 22:7
23:13 24:15
27:6,13 28:?
29:8 43:19
52:24

May 5, 2022
[Page 88]

start (4)
26:16 50:15,20
56:21
started (3)
50:17 52:13
62:15
State (3)
1:20 5:3 15:18
statement (1)
61:19
STATES (1)
1:1
status (2)
21:22 53:7
stenographic...
75:7
steps (1)
22:20
STIPULAT...
3:2,6,9 4:1,11
stories (2)
56:21 57:4
Street (2)
5:10 6:23
sub (2)
22:17,21
subcontract (...
16:5 18:7,14
18:16,20 19:5
20:19 23:4,6
50:5,8,21
52:4,24
subcontracto...
12:7,22 13:8
13:11 21:10
21:13 22:13
22:16,17,21
23:15 24:3
26:8,14,17,18
26:23 27:4,8
29:2 31:8
43:7,24 49:7
54:14,16
subcontracto...

12:14 27:11,19
27:22,25 28:3
28:10 31:7
32:19,21,22
47:22 48:11
48:17 50:24
subject (5)
14:15 69:18
70:2,11,14
submit (1)
32:13
submitted (2)
30:5 60:24
Subscribed (2)
73:15 76:22
subsequent (2)
19:4,10
substance (3)
6:14 8:7 63:18
sue (1)
65:8
suing (1)
45:15
summarize (1)
13:23
summons (1)
57:20
supervisors (1)
33:20
supplied (1)
18:10
supply (2)
4:15 20:25
supplying (2)
30:25 51:8
sure (28)
7:14 15:16
17:2 19:8
20:16 26:11
28:8 30:3
31:19 36:7
38:2,5,11
39:22 42:5,17
49:21 50:19

50:23 52:7
53:20 56:10
57:16 58:11
60:14 62:2,21
71:21
sworn (7)
3:10,12 4:7
73:15 75:5
76:2,22

T

T (4)
3:1,1 75:1,1
T-O-D-D (1)
70:23
take (8)
5:20 6:10
22:20 39:16
41:24 42:7,9
42:11
taken (6)
1:16 33:25
42:16 52:13
75:6 76:3
talk (4)
5:24 6:13
41:19 65:23
talked (1)
65:23
talking (4)
72:3,5,6,7
Talmudical (1)
14:6
Tarallo (3)
2:3 5:13 69:17
Taxter (1)
2:4
telephone (1)
37:2
tell (1)
56:23
telling (1)
56:21
tendered (1)

60:25
tendering (3)
66:19 67:5,10
terms (6)
36:10 37:8
43:9,15,23
44:21
testified (1)
5:4
testimony (4)
7:24 75:6,6
76:4
text (1)
6:13
thank (3)
7:18 34:2 73:4
Thanks (1)
73:6
thing (5)
7:14 36:21
39:9 41:13
44:6
think (9)
14:22 20:14
58:10 60:12
61:12,14
71:12,13
72:12
Thomas (3)
63:21,23,24
thousand (1)
64:23
three (1)
24:21
time (22)
3:8 6:3 8:21
18:25 29:20
30:23 31:2
34:18,23
43:17 45:3,17
46:17,21
48:19 55:13
61:6 62:14
63:13 68:11

73:5,9
times (1)
30:17
title (1)
44:25
Tod (1)
70:20
today (6)
5:16 7:24 12:4
23:19 71:2,8
today's (2)
7:20 8:7
Todd (3)
70:17,22,23
told (6)
25:21,22 49:8
53:12,16,21
Tom (1)
63:14
top (3)
18:7 40:15
54:23
trades (1)
50:25
training (1)
15:8
transcribed (1)
75:7
transcript (6)
4:16 7:12 73:8
74:8 75:10
76:3
tree (1)
33:4
trial (4)
1:14 3:8 75:3
75:11
trouble (1)
56:10
true (1)
75:10
trying (5)
7:15 31:6 ?
48:14 59

May 5, 2022

[Page 89]

**Turning (2)**
2!:9 66:16
**two (3)**
7:6 16:10
24:21
**two-million (1)**
55:18
**type (4)**
9:7 11:2 27:25
28:2

**U**

**U (1)**
3:1
**unauthorize...**
4:9
**underlying (...**
7:8 56:5 57:21
62:19,25 67:6
67:11 71:10
71:18,24 72:8
**understand (...**
6:6,18 10:14
15:15 16:25
31:18 39:21
40:22 43:10
43:16 52:6
**understandi...**
11:11 20:2,17
21:23 39:25
64:12 69:2
**underwriter ...**
36:25
**Unit (2)**
5:10 6:23
**United (2)**
1:1 14:6
**upper (1)**
51:24
**Upstate (10)**
1:9 2:9 8:12
11:5,12,15,17
11:20,22
57:23

**use (3)**
13:7 47:22
64:14
**usually (6)**
30:8 31:6
54:13,17,18
64:14
**UTA (1)**
14:3

**V**

**Valdivieso (13)**
1:10 2:10 7:8
49:24 56:2
57:21 62:19
62:25 71:10
71:19,25 72:8
72:11
**VC (3)**
1:17,18,19
**vendors (1)**
30:25
**verbal (1)**
5:19
**versus (1)**
57:21
**video (3)**
4:3,15 6:11
**videoconfere...**
1:19 2:2 4:5,8
16:3 23:17
34:5 41:11
51:14 58:2
62:9 66:22
68:9
**violation (1)**
4:9

**W**

**W (2)**
5:2,2
**wait (2)**
5:22 6:8
**waived (1)**

3:5
**want (4)**
26:19 42:6,8
65:8
**wants (2)**
14:11 65:8
**wasn't (3)**
47:12 51:3
52:9
**way (2)**
14:16 31:10
**we'll (4)**
6:16 8:13
49:10 60:16
**we're (5)**
6:11 16:10
51:8 65:22
68:20
**we've (1)**
44:3
**Weiss (1)**
16:19
**went (2)**
48:24 50:11
**Wercberger ...**
1:16 5:1,8 6:1
6:22 7:1 8:1
9:1 10:1 11:1
12:1 13:1
14:1 15:1
16:1 17:1
18:1 19:1
20:1 21:1
22:1 23:1
24:1 25:1
26:1 27:1
28:1 29:1
30:1 31:1
32:1 33:1
34:1 35:1
36:1 37:1
38:1 39:1
40:1 41:1
42:1 43:1

44:1 45:1
46:1 47:1
48:1 49:1
50:1 51:1
52:1 53:1
54:1 55:1
56:1 57:1
58:1 59:1
60:1 61:1
62:1 63:1
64:1 65:1
66:1 67:1
68:1 69:1
70:1 71:1
72:1 73:12
74:3 75:3
76:1,2
**weren't (1)**
42:17
**whatchamac...**
71:13
**WHEREOF ...**
75:17
**wife (1)**
64:17
**window (1)**
48:20
**WINSTON (1)**
2:7
**wish (2)**
37:18,20
**withdraw (2)**
46:10 53:14
**withstanding...**
4:15
**witness (19)**
4:4,6,7,12,13
4:14 14:11,23
20:7,10 41:25
42:5,8,14
74:2 75:5,11
75:17 76:21
**witness's (1)**
4:7

**Wolf (83)**
1:15 5:1,8 6:1
7:1 8:1 9:1
10:1 11:1
12:1 13:1
14:1,9,21
15:1 16:1
17:1 18:1
19:1 20:1,6
21:1 22:1,3
23:1 24:1
25:1 26:1
27:1 28:1
29:1 30:1
31:1 32:1
33:1 34:1
35:1 36:1
37:1 38:1
39:1 40:1
41:1,22 42:1
43:1 44:1
45:1 46:1
47:1 48:1
49:1 50:1
51:1 52:1
53:1 54:1
55:1 56:1
57:1 58:1
59:1 60:1
61:1 62:1
63:1,22 64:1
65:1,11 66:1
67:1 68:1
69:1 70:1
71:1 72:1,4
73:12 74:3
75:3 76:1,2
**wording (2)**
26:4 55:24
**words (1)**
22:8
**work (26)**
9:5 17:10,12
24:13,17

27:15 28:2,11
29:12,16 30:8
30:9,21 31:15
31:16 32:2
33:5,7,9,12
47:5,19 49:7
49:12 50:4,7
**worked (1)**
11:21
**workers (3)**
11:3,4 33:20
**working (9)**
10:4 15:4
18:24,25
24:20 26:19
30:12 33:18
63:24
**works (2)**
51:7 70:20
**written (6)**
4:9 21:16
29:10 37:2
44:20 52:23

**X**
**x (2)**
1:3,13
**xxxxx (1)**
3:14

**Y**
**Yeah (2)**
25:11 56:17
**year (7)**
14:25 35:19
38:5,6,13
43:3 74:10
**years (5)**
8:19,25 37:17
38:3,7
**Yheuda (4)**
16:18,23 21:5
21:12
**York (25)**

1:2,8,15,21 2:5
2:8,11,11 5:3
5:11 6:24
8:11 9:8,10
9:12 13:15
15:18 23:15
29:9 40:17
46:13 51:22
52:19 57:23
69:18

**Z**
**Zalman (1)**
16:19

**0**
**05/05/2022 (1)**
76:3

**1**
**1 (12)**
19:15,18,25
20:18 24:8,10
24:21 26:13
28:16 50:5
68:2,7
**10 (35)**
13:3,11 17:10
17:21,24 19:2
23:9 24:4
27:2,15,19
28:5,11 29:13
29:17,20
30:19 31:16
32:3,7,24
33:10,15,19
46:6,9,15,19
46:22 47:19
49:10 50:14
52:9,13 57:13
**10016 (1)**
2:11
**101 (2)**
5:10 6:23

**10523 (1)**
2:5
**10950 (2)**
5:11 6:24
**11:07 (1)**
1:19
**12 (2)**
10:8 11:2
**12:45 (1)**
73:9
**130,000 (1)**
35:19
**149 (2)**
5:10 6:23
**15 (11)**
36:2,8 37:5
39:23 40:6
50:10 62:5
65:6,15 66:2
66:24
**15th (3)**
36:15 62:11
66:18
**184,000 (1)**
44:8
**19 (1)**
8:25
**19-years (1)**
10:3

**2**
**2 (2)**
19:14 20:22
**2.0 (1)**
29:3
**2.2 (1)**
21:9
**2.7 (2)**
22:10,12
**20 (1)**
76:23
**2019 (5)**
17:17 19:12
50:17,22

53:15
**2020 (36)**
10:10 11:25
12:11,15 24:9
24:10,22
26:13 27:10
33:15,18 34:8
36:2,8,15
37:5,25 38:13
38:20 39:24
40:6 43:3
49:19 50:5,10
51:2 62:5,11
65:6,15 66:2
66:18,24 68:2
68:7 74:9
**2021 (2)**
69:20 70:15
**2022 (3)**
1:19 75:4,18
**23rd (1)**
53:15
**28th (1)**
2:10

**3**
**3113(d) (1)**
4:3
**375 (1)**
30:17

**4**
**44 (1)**
74:9
**475 (1)**
2:10

**5**
**5 (3)**
1:19 17:17
19:12
**5/23/2019 (1)**
51:23
**555 (1)**

2:4
**5th (4)**
2:4 50:22 75:4
75:18

**6**
**6 (1)**
74:3

**7**
**7 (2)**
69:20 70:15
**7:21-cv-0246...**
1:7
**7th (1)**
69:16

**8**
**8 (1)**
74:8