# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

ADMIRAL INSURANCE COMPANY,

                         Plaintiff,

    -against-

BUILDERS CHOICE OF NEW YORK, INC.

D/B/A UPSTATE ROOFING AND SIDING

AND POLIVIO VALDIVIESO,

                         Defendants.        21 **CIVIL** 2460 (NSR)(AEK)

-----------------------------------------------------------------------X

BUILDERS CHOICE OF NEW YORK, INC.        **JUDGMENT**

D/B/A UPSTATE ROOFING AND SIDING,

                         Third-Party Plaintiff,

    -against-

EVANSTON INSURANCE COMPANY,

                         Third-Party Defendant

-----------------------------------------------------------------------X

      Plaintiff Admiral's motion for summary judgment is DENIED and Defendant Builders Choice's cross-motion for summary judgment is GRANTED. Third-Party Defendant Evanston's motion for summary judgment is GRANTED and Third-Party Plaintiff Builders Choice's cross-motion for summary judgment is DENIED. The Clerk of Court is directed to (1) enter judgment

in favor of Defendant Builders Choice in the initial action; (2) enter judgment in favor Third-Party Defendant Evanston in the third-party action; and (2) terminate the third-party action.

**Dated:**  New York, New York

September 25, 2024

          **DANIEL ORTIZ**
          **Acting Clerk of Court**

**BY:** _____
          **Deputy Clerk**